**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Nancy J. Sheehan, SBN 1098419
Michael W. Pott, SBN 186156
Brendan J. Begley, SBN 202563
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF(erroneously sued as LAWRENCE VANDERHOEF), GREG WARZECHKA, PAM GILL-FISHER, ROBERT FRANKS AND LAWRENCE SWANSON

**EQUITY LEGAL**
Kristen Galles, SBN 148740
10 Rosecrest Avenue
Alexandria, Va 22301
(703) 683-4491
(703) 683-4636 (facsimile)

**Attorney for Plaintiffs:** AREZOU MANSOURIAN, ET AL.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AREZOU MANSOURIAN, et al., | CASE NO. S. 03-2591-FCD/PAN |
| Plaintiffs, | **ORDER ON STIPULATED REQUEST TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER** |
| vs. | |
| BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA AT DAVIS; et al., | "AS MODIFIED" |
| Defendants. | |

**GOOD CAUSE HAVING BEEN SHOWN**, the Court hereby grants the parties' stipulated request to further modify the Status (Pretrial Scheduling) Order. The new dates are as follows:

Last Day to Disclose Rebuttal Experts:    October 28, 2005

Discovery cutoff:    December 23, 2005

Last date for hearing on a dispositive motion:    April 21, 2006

Final Pretrial Conference:    June 30, 2006, at 3:30 p.m.

Trial:    August 29, 2006, at 9:00 a.m.

/ / /

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

1

00381508.WPD    Stipulated Request to Modify Scheduling Order

**IT IS SO ORDERED:**

Date: August 17, 2005

/s/ Frank C. Damrell Jr.
Hon. Frank C. Damrell, Jr.
United States District Court Judge

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*