**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Nancy J. Sheehan, SBN 1098419
Michael W. Pott SBN 186156
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG WARZECHKA, PAM GILL-FISHER, ROBERT FRANKS AND LAWRENCE SWANSON

**EQUITY LEGAL**
Kristen Galles, SBN 148740
10 Rosecrest Avenue
Alexandria, Va 22301
(703) 683-4491
(703) 683-4636 (facsimile)

**Attorney for Plaintiffs:** AREZOU MANSOURIAN, ET AL.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREZOU MANSOURIAN, et al.,<br><br>              Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA AT DAVIS; et al.,<br><br>              Defendants.<br>_____/ | CASE NO. S. 03-2591-FCD/PAN<br><br>**ORDER REGARDING STIPULATED REQUEST TO FURTHER MODIFY STATUS (PRETRIAL SCHEDULING) ORDER** |

Good cause having been shown, the Court hereby grants the parties' Stipulated Request to Further Modify Status (Pretrial Scheduling) Order filed October 28, 2005 and hereby amends the scheduling deadlines as follows:

00396568.WPD

| | |
|---|---|
| Last day to disclose rebuttal experts | March 14, 2006 |
| Discovery cut-off | May 12, 2006 |
| Last day to hear dispositive motions | August 4, 2006 |
| Final Pre-Trial Conference | September 29, 2006 at 3:30 p.m. |
| Trial | November 28, 2006 at 9:00 a.m. |

Dated: October 31, 2005

/s/ Frank C. Damrell Jr.
The Honorable Frank C. Damrell, Jr.
United States District Court Judge

00396568.WPD