UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AREZOU MANSOURIAN, LAUREN MANCUSO,
NANCY NIEN-LI CHIANG, and
CHRISTINE WING-SI NG, et al.,          CIV S-03-2591 FCD PAN

    Plaintiffs,

    v.                                  ORDER

BOARD OF REGENTS OF THE UNIVERSITY
OF CALIFORNIA AT DAVIS, et al.,

    Defendants.

-o0o-

On December 28, 2005, the parties filed a stipulation and lodged a proposed protective order that would permit defendants to file under seal a motion to compel compliance with a subpoena for the medical records of plaintiff Nancy Nien-Li Chiang which was denied by order filed January 5, 2006.

The following day, plaintiffs moved ex parte to reconsider my order denying their request to permit defendants'

motion be filed under seal.  Plaintiffs' motion is granted in part.  Defendants shall disclose by filing with the court no private information obtained during discovery solely for the purpose of embarrassing a party or that might embarrass a party and that is not relevant to any factual dispute required to be resolved by the court.

     So ordered.

     Dated:  January 9, 2006.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge