**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Nancy J. Sheehan, SBN 109419
George A. Acero, SBN 226709
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG WARZECKA, PAM GILL-FISHER, ROBERT FRANKS and LAWRENCE SWANSON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AREZOU MANSOURIAN, LAUREN MANCUSO, NANCY NIEN-LI CHIANG, and CHRISTINE WING-SI NG; and all those similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA AT DAVIS, et al.,<br><br>            Defendants.<br>_____/ | CASE NO.: CIV. S-0302591 FCD/PAN<br><br>**ORDER TO DEFENDANTS' EX PARTE APPLICATION TO EXTEND PAGE LIMIT**<br><br>**AS MODIFIED** |

    This Ex Parte Application for permission to file a Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Class Certification in excess of twenty pages was filed by Defendants REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF, GREG WARZECKA, PAM GILL-FISHER, ROBERT FRANKS and LAWRENCE SWANSON and was entertained on an ex parte basis.  The Court has reviewed the motion and found good cause to grant Defendants' page extension.  Therefore:

    **IT IS HEREBY ORDERED** that Defendants REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF, GREG WARZECKA, PAM GILL-FISHER, ROBERT FRANKS and LAWRENCE SWANSON shall be permitted to file a Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Class Certification in excess

of twenty pages, but not to exceed thirty-five pages.

Dated: January 27, 2006         /s/Frank C. Damrell, Jr.
                                The Honorable Frank C. Damrell
                                United States District Court District Judge