**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Nancy J. Sheehan, SBN 109419
George A. Acero, SBN 226709
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG WARZECKA, PAM GILL-FISHER, ROBERT FRANKS and LAWRENCE SWANSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREZOU MANSOURIAN, LAUREN MANCUSO, NANCY NIEN-LI CHIANG, and CHRISTINE WING-SI NG; and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA AT DAVIS, et al.,<br><br>Defendants.<br>_____/ | CASE NO.: 2:03-CV-02591-FCD-PAN (JFM)<br><br>**ORDER TO DEFENDANTS' EX PARTE APPLICATION TO EXTEND PAGE LIMIT FOR DEFENDANT LARRY VANDERHOEF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**"AS MODIFIED"** |

   This Ex Parte Application for permission to file a Memorandum of Points and Authorities in Support of LARRY VANDERHOEF's Motion for Summary Judgment or, in the Alternative, Summary Adjudication in excess of twenty pages was filed by Defendant LARRY VANDERHOEF and was entertained on an ex parte basis. The Court has reviewed the motion and found good cause to grant Defendant's request for a page extension. Therefore:

   **IT IS HEREBY ORDERED** that Defendant LARRY VANDERHOEF shall be permitted to file a Memorandum of Points and Authorities in Support of his Motion for Summary Judgment or, in the Alternative, Summary Adjudication in excess of twenty pages,

1

00420839.WPD

Order to Defendants' Ex Parte Application to Extend Page Limit to Defendant Larry Vanderhoef's Motion for Summary Judgment

but not to exceed thirty pages. In light of this page limit increase, the page limit for Plaintiff's opposition is extended to no more than 30 pages. No increase is made as to the reply page limit.

Dated: March 22, 2006                    /s/ Frank C. Damrell Jr.
                                         The Honorable Frank C. Damrell Jr.
                                         United States District Court District Judge