**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Nancy J. Sheehan, SBN 109419
George A. Acero, SBN 226709
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG WARZECKA, PAM GILL-FISHER, ROBERT FRANKS and LAWRENCE SWANSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREZOU MANSOURIAN, LAUREN MANCUSO, NANCY NIEN-LI CHIANG, and CHRISTINE WING-SI NG; and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA AT DAVIS, et al.,<br><br>Defendants.<br>_____/ | CASE NO.: 2:03-CV-02591-FCD-PAN (JFM)<br><br>**ORDER TO DEFENDANTS' EX PARTE APPLICATION TO EXTEND PAGE LIMIT FOR DEFENDANT LAWRENCE SWANSON'S MOTION FOR SUMMARY JUDGMENT** |

This Ex Parte Application for permission to file a Memorandum of Points and Authorities in Support of LAWRENCE SWANSON's Motion for Summary Judgment or, in the Alternative, Summary Adjudication in excess of twenty pages was filed by Defendant LAWRENCE SWANSON and was entertained on an ex parte basis. The Court has reviewed the motion and found good cause to grant Defendant's request for a page extension. Therefore:

**IT IS HEREBY ORDERED** that Defendant Lawrence Swanson shall be permitted to file a Memorandum of Points and Authorities in Support of his Motion for Summary Judgment or, in the Alternative, Summary Adjudication in excess of twenty pages, but not

1

to exceed thirty pages. In light of this page limit increase, the page limit for Plaintiff's Opposition is extended to no more than thirty pages. No increase is made as to the Reply page limit.

Dated: March 28, 2006           /s/ Frank C. Damrell Jr.
                                The Honorable Frank C. Damrell Jr.
                                United States District Court District Judge

2

**Order to Defendants' Ex Parte Application to Extend Page Limit to Defendant Lawrence Swanson's Motion for Summary Judgment**

00422317.WPD