**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Nancy J. Sheehan, SBN 109419
George A. Acero, SBN 226709
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG WARZECKA, PAM GILL-FISHER, ROBERT FRANKS and LAWRENCE SWANSON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREZOU MANSOURIAN, LAUREN MANCUSO, NANCY NIEN-LI CHIANG, and CHRISTINE WING-SI NG; and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA AT DAVIS, et al.,<br><br>Defendants.<br>_____/ | CASE NO.: 2:03-CV-02591-FCD-PAN (JFM)<br><br>**ORDER TO DEFENDANTS' EX PARTE APPLICATION TO EXTEND PAGE LIMIT FOR DEFENDANT PAM GILL-FISHER'S MOTION FOR SUMMARY JUDGMENT** |

This Ex Parte Application for permission to file a Memorandum of Points and Authorities in Support of PAM GILL-FISHER'S Motion for Summary Judgment or, in the Alternative, Summary Adjudication in excess of twenty pages was filed by Defendant PAM GILL-FISHER and was entertained on an ex parte basis. The Court has reviewed the motion and found good cause to grant Defendant's request for a page extension. Therefore:

**IT IS HEREBY ORDERED** that Defendant PAM GILL-FISHER shall be permitted to file a Memorandum of Points and Authorities in Support of his Motion for Summary Judgment or, in the Alternative, Summary Adjudication in excess of twenty pages, but not to exceed thirty pages. In light of this page limit increase, the page limit for Plaintiff's

1
Order to Defendants' Ex Parte Application to
Extend Page Limit to Defendant Pam Gill-Fisher's Motion for Summary Judgment
00424412.WPD

1  Opposition is extended to no more than thirty pages.  No increase is made as to the Reply
2  page limit.
3
4  Dated: April 5, 2006           /s/ Frank C. Damrell Jr.
                                  The Honorable Frank C. Damrell
5                                 United States District Court District Judge

2
**Order to Defendants' Ex Parte Application to**
**Extend Page Limit to Defendant Pam Gill-Fisher's Motion for Summary Judgment**
00424412.WPD

**MANSOURIAN, et al. v. BOARD OF REGENTS, et al.**
**U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**
**CASE NO. CIV.S-03-2591 FCD/PAN (JFM)**

---

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of eighteen years and not a party to the above-entitled action; my business address is 350 University Avenue, Suite 200, Sacramento, CA 95825.

On April ____, 2006, I served the following document(s):

**[PROPOSED] ORDER TO DEFENDANTS' EX PARTE APPLICATION TO EXTEND PAGE LIMIT FOR DEFENDANT PAM GILL-FISHER'S MOTION FOR SUMMARY JUDGMENT**

**XX**   **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

___   BY PERSONAL SERVICE. I caused such document to be delivered by hand to the office of the person(s) listed below.

___   BY OVERNIGHT DELIVERY. I caused such document to be delivered by overnight delivery to the office of the person(s) listed below.

___   BY FACSIMILE. I caused such document to be faxed to the office of the person(s) listed above with a original or copy of said document placed in the United States mail with postage thereon fully prepaid at Sacramento, California.

addressed as follows:

**Kristen Galles**
**EQUITY LEGAL**
**10 Rosecrest Avenue**
**Alexandria, VA 22301**

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on April ____, 2006, at Sacramento, California

_____
Cindy Cannon

3
Order to Defendants' Ex Parte Application to
Extend Page Limit to Defendant Pam Gill-Fisher's Motion for Summary Judgment
00424412.WPD