**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Nancy J. Sheehan, SBN 109419
George A. Acero, SBN 226709
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG WARZECKA, PAM GILL-FISHER, ROBERT FRANKS and LAWRENCE SWANSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREZOU MANSOURIAN, LAUREN MANCUSO, NANCY NIEN-LI CHIANG, and CHRISTINE WING-SI NG; and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA AT DAVIS, et al.,<br><br>Defendants.<br>_____/ | CASE NO.: CIV. S-0302591 FCD/PAN (JFM)<br><br>**ORDER TO SEAL EXHIBIT "W" TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby grants the parties' request to seal Exhibit W in Defendants' Opposition to Plaintiffs' Motion for Class Certification. The Clerk shall seal Exhibit W, as filed on April 4, 2006, as Part 5 to docket #107, Exhibits. Counsel, shall re-file exhibits U - CC excluding exhibit W in accordance with this order. Exhibit W shall remain sealed until otherwise ordered. The remainder of the exhibits and all other components to the Opposition shall not be sealed.

**IT IS SO ORDERED.**

Dated: April 13, 2006                /s/ Frank C. Damrell Jr.
                                     The Honorable Frank C. Damrell Jr.
                                     United States District Court District Judge

1
Order to Seal Exhibit "W" to
Defendants' Opposition to Plaintiffs' Motion for Class Certification
00424298.WPD