UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

AREZOU MANSOURIAN; LAUREN MANCUSO; NANCY NIEN-LI CHIANG; CHRISTINE WING-SI NG; and all those similarly situated,

      Plaintiffs,

  v.

BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA at DAVIS; LAWRENCE "LARRY" VANDERHOEF; GREG WARZECKA; PAM GILL-FISHER; ROBERT FRANKS; and LAWRENCE SWANSON,

      Defendants.

NO. CIV. S-03-2591 FCD/PAN

MEMORANDUM AND ORDER

----oo0oo----

This matter is before the court on plaintiffs' motion to stay and extend all deadlines and scheduling matters to allow for substitution of counsel. Defendants oppose the motion. The court has reviewed the submissions of counsel and finds that plaintiffs' counsel has demonstrated good cause to stay the action in order to allow for the substitution or addition of new counsel. Therefore, plaintiffs' motion is GRANTED.

1

1  All current deadlines are VACATED and this action is STAYED.
2 This matter is set for a status conference on June 16, 2006 at
3 10:00 a.m.  The purpose of the intervening period prior to this
4 status conference is to give plaintiffs' counsel adequate time to
5 find substitute or additional counsel in this matter.  The
6 parties are ordered to submit a joint status report to the court
7 on or before June 6, 2006.  This report should include a proposed
8 amended scheduling order, setting forth new deadlines to
9 accommodate plaintiffs' new counsel and any outstanding
10 discovery.  The hearing on plaintiffs' pending class
11 certification motion is moved to July 21, 2006 at 10:00 a.m.
12
13     IT IS SO ORDERED.
14 DATED: April 18, 2006
15
16                             /s/ Frank C. Damrell Jr.
                                FRANK C. DAMRELL, Jr.
17                              UNITED STATES DISTRICT JUDGE