```
KRISTEN GALLES
Cal. Bar No. 148740
EQUITY LEGAL
10 ROSECREST AVENUE
ALEXANDRIA, VA 22301
(703) 683-4491
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
[Sacramento Division]

| | |
|---|---|
| AREZOU MANSOURIAN; LAUREN MANCUSO; NANCY NIEN-LI CHIANG; CHRISTINE WING-SI NG; and all those similarly situated,<br><br>　　　　Plaintiffs<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY of CALIFORNIA at DAVIS; LAWRENCE "LARRY" VANDERHOEF; GREG WARZECKA; PAM GILL-FISHER; ROBERT FRANKS; and LAWRENCE SWANSON,<br><br>　　　　Defendants. | Case No. S-03-2591-FCD<br><br>ORDER GRANTING STIPULATION TO EXTEND STAY AND RELATED SCHEDULING MATTERS |

　　　The Court has reviewed and considered the parties' Stipulation to Extend Stay and Related Scheduling Matters. GOOD CAUSE having been shown the Court hereby approves the stipulation.

　　　The stay of this action is continued to July 28, 2006. The Court will hold a status conference for this case on that date at 10:00 a.m. The parties shall meet and confer to submit a joint status report by July 18, 2006. Said order should include new, agreed dates for all outstanding motions.

Dated: June 7, 2006

　　　　　　　　　　　　　　　　　　/s/ Frank C. Damrell Jr.
　　　　　　　　　　　　　　　　　　United States District Court Judge

00435868.WPD                              1

**PROOF OF SERVICE**

    I hereby certify that on this ___ day of June, 2006, I served the foregoing pleading upon counsel for Defendants via electronic mail and first class mail, postage prepaid, at the addresses listed below.

        Nancy J. Sheehan
        Porter, Scott, Weiberg & Delehant
        350 University Avenue Suite 200
        Sacramento, CA 95825

        /s/ Kristen Galles
        _____
        Kristen Galles

00435868.WPD

2