DEBRA A. SMITH, SBN 147863
NOREEN A. FARRELL, SBN 191600
EQUAL RIGHTS ADVOCATES
1663 Mission Street, Suite 250
San Francisco, CA  94103
Telephone:    (415) 621-0672
Facsimile:    (415) 621-6744

JAMES C. STURDEVANT, SBN 94551
MARK T. JOHNSON, SBN 76904
MONIQUE OLIVIER, SBN 190385
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Ste. 1750
San Francisco, CA  94111
Telephone:    (415) 477-2410
Facsimile:    (415) 477-2420

KRISTEN GALLES, SBN 148740
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone:    (703) 683-4491

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREZOU MANSOURIAN; LAUREN MANCUSO; NANCY NIEN-LI CHIANG; CHRISTINE WING-SI NG; and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA AT DAVIS; LAWRENCE "LARRY" VANDERHOEF; GREG WARZECKA; PAM GILL-FISHER; ROBERT FRANKS; and LAWRENCE SWANSON,<br><br>Defendants. | CASE NO. S-03-2591 FCD PAN (JFM)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION TO EXTEND STAY AND CONTINUE STATUS CONFERENCE**<br><br>**DATE:**     September 8, 2006<br>**TIME:**      10:00 A.M.<br>**COURTROOM:  2** |

1  The Court has reviewed and considered the Parties' Stipulation to Extend Stay and Continue Status Conference. Good cause having been shown, the Court hereby approves the stipulation.

The stay of this action is continued to November 3, 2006. The Status Conference shall be continued to November 3, 2006, at 10:00 a.m. The parties shall meet and confer to submit a Joint Status Statement by October 27, 2006.

DATED: August 23, 20006

                /s/ Frank C. Damrell Jr.
                United States District Court Judge

[PROPOSED ORDER GRANTING STIPULATION TO EXTEND STAY AND CONTINUE STATUS CONFERENCE]
CASE NO. S-03-2591 FCD PAN (JFM)

**MANSOURIAN, et al. v. BOARD OF REGENTS, et al.**
**U.S. DISTRICT COURT, EASTERN DIST., CASE NUMBER S-03-2591 FCD PAN (JFM)**

### PROOF OF SERVICE

I LORRAINE PENA declare:

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1663 Mission Street, Suite 250, San Francisco, CA 94103.

On August 23, 2006, I served the following documents:

**PROPOSED ORDER GRANTING STIPULATION TO EXTEND STAY AND CONTINUE STATUS CONFERENCE**

to:

**Nancy J. Sheehan and**
**George A. Acero**
**350 University Avenue, Ste. 200**
**Sacramento, CA  95825**

via the following method(s)

_____     **By personally delivering true copies thereof to the addresses stated above.**

_____     **By personally transmitting true copies thereof via an electronic facsimile machine (fax) between the hours of 9:00 a.m. and 5:00 p.m.**

\_\_X\_\_\_     **By placing true copies thereof in sealed envelopes, addressed to the parties named above, with first class postage thereon fully prepaid and depositing the same in the United States Mail at San Francisco, California.**

_____     **By placing true copies thereof in sealed envelopes, addressed to the parties named above, fully prepaid, for pick up by the United Parcel Service for overnight delivery.**

I declare the foregoing is true and correct. Executed on August 23, 2006, at San Francisco, California.

       \_\_/s/ Lorraine Pena_____
       LORRAINE PEÑA