James C. Sturdevant, State Bar No. 94551
(jsurdevant@sturdevantlaw.com)
Mark T. Johnson, State Bar No. 76904
(mjohnson@sturdevantlaw.com)
Monique Olivier, State Bar No. 190385
(molivier@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, CA  94111
Telephone:  (415) 477-2410
Facsimile:  (415) 477-2420

Debra Smith, State Bar No. 147863
(dsmith@equalrights.org)
Noreen Farrell, State Bar No. 191600
(nfarrell@equalrights.org)
EQUAL RIGHTS ADVOCATES
1663 Mission Street, Suite 250
San Francisco, CA  49103
Telephone:  (415) 621-0672
Facsimile:  (415) 621-6744

Kristen Galles, State Bar No. 148740
(kgalles@abanet.org )
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone:  (703)683-4491

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREZOU MANSOURIAN; LAUREN MANCUSO; NANCY NIEN-LI CHIANG; CHRISTINE WING-SI NG; and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA AT DAVIS; LAWRENCE "LARRY" VANDERHOEF; GREG WARZECKA; PAM GILL-FISHER; ROBERT FRANKS; and LAWRENCE SWANSON,<br><br>Defendants. | CASE NO. S-03-2591 FCD EFB<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION TO EXTEND STAY AND CONTINUE STATUS CONFERENCE**<br><br>DATE:           November 3, 2006<br>TIME:           10:00 AM<br>COURTROOM:  2 |

1  The Court has reviewed and considered the Parties' Stipulation to Extend Stay and Continue
2  Status Conference.  Good cause having been shown, the Court hereby approves the stipulation.
3  The stay of this action is continued to January 26, 2007.  The Status Conference shall be
4  continued to January 26, 2007, at 10:00 a.m.  The parties shall meet and confer to submit a Joint Status
5  Statement by January 19, 2007.

7  DATED:        October 20, 2006

          /s/ Frank C. Damrell Jr.
          United States District Court Judge