James C. Sturdevant, State Bar No. 94551
(jsturdevant@sturdevantlaw.com)
Mark T. Johnson, State Bar No. 76904
(mjohnson@sturdevantlaw.com)
Monique Olivier, State Bar No. 190385
(molivier@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, CA  94111
Telephone:  (415) 477-2410
Facsimile:  (415) 477-2420

Debra Smith, State Bar No. 147863
(dsmith@equalrights.org)
Noreen Farrell, State Bar No. 191600
(nfarrell@equalrights.org)
EQUAL RIGHTS ADVOCATES
1663 Mission Street, Suite 250
San Francisco, CA  49103
Telephone:  (415) 621-0672
Facsimile:  (415) 621-6744

Kristen Galles, State Bar No. 148740
(kgalles@abanet.org )
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone:  (703)683-4491

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREZOU MANSOURIAN; LAUREN MANCUSO; NANCY NIEN-LI CHIANG; CHRISTINE WING-SI NG; and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA AT DAVIS; LAWRENCE "LARRY" VANDERHOEF; GREG WARZECKA; PAM GILL-FISHER; ROBERT FRANKS; and LAWRENCE SWANSON,<br><br>Defendants. | CASE NO. S-03-2591 FCD EFB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CLAIMS OF PLAINTIFF NANCY CHIANG** |

1  WHEREAS, plaintiff NANCY NIEN-LI CHIANG (CHIANG) is one of the named plaintiffs in this action, suing in her individual capacity only and not as a representative of the proposed class;

2  WHEREAS, plaintiff CHIANG makes no concessions regarding the adequacy or merits of the claims asserted on her behalf in this action but, based upon changed circumstances, does not desire to litigate those claims further;

3  WHEREAS the parties share a mutual desire to resolve plaintiff CHIANG's claims in this action by the dismissal of those claims, in their entirety, and by the waiver of any right to costs or other relief that defendants might seek from plaintiff CHIANG arising out of the filing or prosecution of this action by her;

NOW, THEREFORE, plaintiff NANCY NIEN-LI CHIANG and defendants, through their respective counsel, subject to the approval of this Court, hereby stipulate that:

1. Plaintiff CHIANG'S claims in this action shall be dismissed in their entirety, as against each of the named defendants, with prejudice;

2. Defendants REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF, GREG WARZECKA, PAM GILL-FISHER, ROBERT FRANKS, LAWRENCE SWANSON, and each of them, shall not seek costs or any other relief against plaintiff CHIANG, on their own or through counsel, based upon the filing or prosecution of this action by her; Plaintiff CHIANG and her counsel agree that any motion for fees and costs made by plaintiffs in this action will not include those fees and costs for work done exclusively in furtherance of Plaintiff CHIANG's claims.

3. During the pendency of this action in the District Court, plaintiff's counsel will advise defendant's counsel of the last known address for plaintiff CHIANG. Defendants agree that any future contact they make with plaintiff CHIANG during the pendency of this action shall be through the undersigned counsel.

4. Defendants will withdraw their motion to dismiss plaintiff CHIANG's claim for

/ / /

/ / /

**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CLAIMS OF PLAINTIFF NANCY CHIANG**
**CASE NO. S-03-2591 FCD EFB**

damages, currently set for hearing on March 21, 2007.  Defendants shall not continue or resume any efforts to obtain copies of plaintiff CHIANG's medical or mental health records.

Respectfully submitted,

DATED: March 19, 2007            THE STURDEVANT LAW FIRM
                                 A Professional Corporation


By: /s/   Monique Olivier

MONIQUE OLIVIER
Attorneys for Plaintiffs


DATED: March 19, 2007            EQUAL RIGHTS ADVOCATES


By: /s/   Noreen Farrell

NOREEN FARRELL
Attorneys for Plaintiffs


DATED: March 19, 2007            PORTER, SCOTT, WEIBERG & DELEHANT


By: /s/   Nancy J. Sheehan

NANCY J. SHEEHAN
Attorneys for Defendants

* * *

IT IS SO ORDERED.  The claims of plaintiff Nancy Nien-Li Chiang as against each of the defendants shall be dismissed with prejudice.  The pending motion to dismiss plaintiff Chiang's damages claims, set for hearing on March 21, 2007, is off calendar.  Defendants shall not take any further action to obtain copies of plaintiff Chiang's medical or mental health records.  Each of the parties shall bear their own costs.

Dated:  March 29, 2007.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2