James C. Sturdevant, State Bar No. 94551
(jsturdevant@sturdevantlaw.com)
Mark T. Johnson, State Bar No. 76904
(mjohnson@sturdevantlaw.com)
Monique Olivier, State Bar No. 190385
(moliver@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, CA  94111
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Debra Smith, State Bar No. 147863
(dsmith@equalrights.org)
Noreen Farrell, State Bar No. 191600
(nfarrell@equalrights.org)
EQUAL RIGHTS ADVOCATES
1663 Mission Street, Suite 250
San Francisco, CA  94103
Telephone: (415) 621-0672
Facsimile: (415) 621-6744

Kristen Galles, State Bar No. 148740
(kgalles@abanet.org)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone: (703) 683-4491

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**[Sacramento Division]**

| | |
|---|---|
| AREZOU MANSOURIAN; LAUREN MANCUSO; NANCY NIEN-LI CHIANG; CHRISTINE WING-SI NG; and all those similarly situated,<br>　　　　　　Plaintiff,<br>vs.<br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA AT DAVIS; LAWRENCE "LARRY" VANDERHOEF; GREG WARZECKA; PAM GILL-FISHER; ROBERT FRANKS; and LAWRENCE SWANSON,<br>　　　　　　Defendant | CASE NO. S-03-2591 FCD EFB<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER REGARDING STIPULATED REQUEST TO MODIFY SECOND AMENDED STATUS (PRETRIAL SCHEDULING) ORDER**<br><br>Complaint filed:　December 18, 2003<br>Trial Date:　　　June 17, 2008 |

Good cause having been show, the Court hereby grants the parties' Stipulated Request to Further Modify the Second Amended Status (Pretrial Scheduling) Order.  The new dates are:

    Plaintiffs' Supplemental Opening Brief is due April 27, 2007.

    Defendants' Supplemental Opposition Brief is due May 11, 2007.

    Plaintiffs' Reply Brief is due May 18, 2007.

    Class certification hearing is May 25, 2007 at 10:00 a.m.

DATED: March 30, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER REGARDING STIPULATED REQUEST TO MODIFY SECOND AMENDED STATUS (PRETRIAL SCHEDULING) ORDER
CASE NO. S-03-2591 FCD EFB