James C. Sturdevant, State Bar No. 94551
(jsturdevant@sturdevantlaw.com)
Mark T. Johnson, State Bar No. 76904
(mjohnson@sturdevantlaw.com)
Monique Olivier, State Bar No. 190385
(moliver@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, CA  94111
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Debra Smith, State Bar No. 147863
(dsmith@equalrights.org)
Noreen Farrell, State Bar No. 191600
(nfarrell@equalrights.org)
EQUAL RIGHTS ADVOCATES
1663 Mission Street, Suite 250
San Francisco, CA  94103
Telephone: (415) 621-0672
Facsimile: (415) 621-6744

Kristen Galles, State Bar No. 148740
(kgalles@abanet.org)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone: (703) 683-4491

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**[Sacramento Division]**

| | |
|---|---|
| AREZOU MANSOURIAN; LAUREN MANCUSO; NANCY NIEN-LI CHIANG; CHRISTINE WING-SI NG; and all those similarly situated,<br>　　　　　Plaintiff,<br>　　vs.<br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA AT DAVIS; LAWRENCE "LARRY" VANDERHOEF; GREG WARZECKA; PAM GILL-FISHER; ROBERT FRANKS; and LAWRENCE SWANSON,<br>　　　　　Defendant | CASE NO. S-03-2591 FCD EFB<br><br>**CLASS ACTION**<br><br>**ORDER REGARDING STIPULATED REQUEST TO MODIFY SECOND AMENDED STATUS (PRETRIAL SCHEDULING) ORDER**<br><br>Complaint filed:　December 18, 2003<br>Trial Date:　　　June 17, 2008 |

///

///

///

1

Good cause having been shown, the Court hereby grants the parties' Stipulated Request to Further Modify the Second Amended Status (Pretrial Scheduling) Order.  The class certification hearing currently scheduled for May 25, 2007 and the corresponding briefing schedule will be taken off calendar pending the resolution of plaintiffs' request for voluntary dismissal of class claims.

IT IS SO ORDERED.

DATED: April 23, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE