James C. Sturdevant, State Bar No. 94551
(jsturdevant@sturdevantlaw.com)
Mark T. Johnson, State Bar No. 76904
(mjohnson@sturdevantlaw.com)
Monique Olivier, State Bar No. 190385
(moliver@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, CA 94111
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Debra Smith, State Bar No. 147863
(dsmith@equalrights.org)
Noreen Farrell, State Bar No. 191600
(nfarrell@equalrights.org)
EQUAL RIGHTS ADVOCATES
1663 Mission Street, Suite 250
San Francisco, CA 94103
Telephone: (415) 621-0672
Facsimile: (415) 621-6744

Kristen Galles, State Bar No. 148740
(kgalles@abanet.org)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA 22301
Telephone: (703) 683-4491

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**[Sacramento Division]**

AREZOU MANSOURIAN; LAUREN MANCUSO; NANCY NIEN-LI CHIANG; CHRISTINE WING-SI NG; and all those similarly situated,

Plaintiff,

vs.

BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA AT DAVIS; LAWRENCE "LARRY" VANDERHOEF; GREG WARZECKA; PAM GILL-FISHER; ROBERT FRANKS; and LAWRENCE SWANSON,

Defendant

CASE NO. S-03-2591 FCD EFB

**CLASS ACTION**

**NOTICE OF MOTION AND MOTION FOR COURT APPROVAL OF VOLUNTARY DISMISSAL OF CLASS CLAIMS AND A DETERMINATION THAT NOTICE TO THE CLASS IS NOT REQUIRED**

DATE: June 8, 2007
TIME: 10:00 AM
COURTROOM: 2

Complaint filed: December 18, 2003
Trial Date: June 17, 2008

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

Please take notice that on June 8, 2007 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 2 of the United States District Court, Eastern District of California, Sacramento Division, before the Honorable Frank C. Damrell, Jr., Plaintiffs Arezou Mansourian and Lauren Mancuso will respectfully move this Court for and order approving the voluntary dismissal of their class claims in this action under Rule 23(e) of the Federal Rules of Civil Procedure and a determination that notice to the class is not required on the following grounds:

1. That, subject to court approval under Federal Rules of Civil Procedure, rule 23(e), a class action or class claims in an action may be dismissed prior to class certification where there is no prejudice to class members;

2. Court approval of the voluntary dismissal of class claims in this action is appropriate because the rights and interests of the putative class will not be prejudiced in any way and, in fact, will be more effectively advanced in a separate action; and

3. Notice of pre-certification dismissal to the putative class is not required under Rule 23(e) and should not be ordered as a condition of approving voluntary dismissal of the class claims because no prejudice will inure to putative class members by the lack of notice.

This Motion will be based on this Notice, Plaintiffs' Memorandum of Points and Authorities in Support of Plaintiffs' Motion, filed herewith; and the Court's file in this action, and such other argument or evidence as may be presented at the hearing on the Motion.

Respectfully submitted,

DATED: April 26, 2007

THE STURDEVANT LAW FIRM
A Professional Corporation

By: /s/ Mark T. Johnson
MARK T. JOHNSON
Attorneys for Plaintiffs