**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
George A. Acero, SBN 226709
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG WARZECKA, PAM GILL-FISHER, ROBERT FRANKS and LAWRENCE SWANSON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AREZOU MANSOURIAN, LAUREN MANCUSO, NANCY NIEN-LI CHIANG, and CHRISTINE WING-SI NG; and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA AT DAVIS, et al.,<br><br>Defendants.<br>_____/ | CASE NO.: 2:03-CV-02591-FCD-EFB<br><br>**ORDER TO DEFENDANTS' EX PARTE APPLICATION TO EXTEND PAGE LIMIT FOR REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**Date: July 27, 2007**<br>**Time: 10:00 a.m.**<br>**Courtroom: 2** |

This Ex Parte Application for permission to file a 15 page Reply to Plaintiffs' Opposition to Defendants' Motion for Judgment on the Pleadings was filed by Defendants REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF, GREG WARZECKA, PAM GILL-FISHER, ROBERT FRANKS and LAWRENCE SWANSON and was entertained on an ex parte basis. The Court has reviewed the motion and found good cause to grant Defendants' request for a page extension. Therefore:

IT IS HEREBY ORDERED that Defendants REGENTS OF THE UNIVERSITY OF

1

**Order to Defendants' Ex Parte Application to Extend Page Limit For**
**Reply to Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings**
00517315.WPD

1  CALIFORNIA, LARRY VANDERHOEF, GREG WARZECKA, PAM GILL-FISHER, ROBERT
2  FRANKS and LAWRENCE SWANSON shall be permitted to file Reply to Plaintiffs' Opposition
3  in excess of 10 pages, but not to exceed 15 pages.
4  Dated: July 20, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2
**Order to Defendants' Ex Parte Application to Extend Page Limit For
Reply to Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings**
00517315.WPD