PORTER SCOTT
A Professional Corporation
Nancy J. Sheehan, State Bar No. 109419
(nsheehan@pswdlaw.com)
George A. Acero, State Bar No. 226709
(gacero@pswdlaw.com)
350 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706

Attorneys for Defendants

James C. Sturdevant, State Bar No. 94551
(jsturdevant@sturdevantlaw.com)
Mark T. Johnson, State Bar No. 76904
(mjohnson@sturdevantlaw.com)
Monique Olivier, State Bar No. 190385
(moliver@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, CA  94111
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Debra Smith, State Bar No. 147863
(dsmith@equalrights.org)
Noreen Farrell, State Bar No. 191600
(nfarrell@equalrights.org)
EQUAL RIGHTS ADVOCATES
1663 Mission Street, Suite 250
San Francisco, CA  94103
Telephone: (415) 621-0672
Facsimile: (415) 621-6744

Kristen Galles, State Bar No. 148740
(kgalles@abanet.org)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone: (703) 683-4491

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AREZOU MANSOURIAN; et al.,<br>           Plaintiff,<br>      vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA AT DAVIS; et al.,<br><br>           Defendant | CASE NO. CIV S-03-2591 FCD EFB<br><br>**ORDER RE JOINT STIPULATED REQUEST TO FURTHER MODIFY THE SCHEDULING ORDER**<br><br>Complaint filed:   December 18, 2003<br>Trial Date:          June 17, 2008 |

**GOOD CAUSE HAVING BEEN SHOWN**, the Court hereby grants the parties joint stipulated request to further modify the 2nd Amended Status (Pretrial Scheduling) Order. The new dates are as follow:

| | |
|---|---|
| Discovery Cut-off | December 28, 2007 |
| Expert Discovery Cut-off | January 11, 2008 |
| Last date to hear dispositive motions | February 22, 2008 |
| Deadline to file Joint Pretrial Statement | April 11, 2008 |
| Final Pre-Trial Conference | April 18, 2008 at 1:30 p.m. |
| Trial | June 17, 2008 at 9:00 a.m. (no change) |

**IT IS SO ORDERED**.

DATED: September 18, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE