**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
George A. Acero, SBN 226709
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG WARZECKA, PAM GILL-FISHER, ROBERT FRANKS and LAWRENCE SWANSON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AREZOU MANSOURIAN, LAUREN MANCUSO, NANCY NIEN-LI CHIANG, and CHRISTINE WING-SI NG; and all those similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>            Defendants. | CASE NO. 2:03-CV-02591-FCD-EFB<br><br>**ORDER TO EX PARTE APPLICATION TO EXTEND PAGE LIMIT ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Time:  10:00 a.m.**<br>**Date:   February 8, 2008**<br>**Courtroom:  2**<br><br>**"AS MODIFIED"** |

    The Court has reviewed the Ex Parte Application and found good cause to grant Defendant's request for a page extension. However, the court shall modify the order as follows:

        Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA shall be permitted to file its Motion for Summary Judgment in excess of 20 pages, but not to exceed 40 pages.

        Plaintiffs AREZOU MANSOURIAN, LAUREN MANCUSO, NANCY NIEN-LI CHIANG, and CHRISTINE WING-SI NG shall be permitted to file its Opposition to the Motion for Summary Judgment in excess of 20 pages, but not to exceed 40 pages.

/////

1    Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA shall be permitted to
2 File its Reply to the Opposition to the Motion for Summary Judgment in excess of 10 pages, but not to
3 exceed 20 pages.
4    IT IS SO ORDERED.
5 DATED: December 4, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE