**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
George A. Acero, SBN 226709
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)
**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG WARZECKA, PAM GILL-FISHER, ROBERT FRANKS and LAWRENCE SWANSON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREZOU MANSOURIAN, LAUREN MANCUSO, NANCY NIEN-LI CHIANG, and CHRISTINE WING-SI NG; and all those similarly situated,<br><br>             Plaintiffs,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA AT DAVIS, et al.,<br><br>             Defendants. | CASE NO.  2:03-CV-02591-FCD-EFB<br><br>**STIPULATION AND ORDER TO HAVE DEFENDANT'S MOTION TO COMPEL FURTHER DISCOVERY HEARD ON SHORTENED TIME**<br><br>Date: December 19, 2007<br>Time: 10:00 a.m.<br>Ctrm:   25 |

The Court has reviewed the parties' Stipulation and determined there is good cause to have Defendant's Motion to Compel Further Discovery heard on shortened time.

**IT IS HEREBY ORDERED** that Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA's Motion to Compel Further Discovery shall be heard on December 19, 2007, at 10:00 a.m. in Courtroom no. 25.

Dated: December 4, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1
Stipulation & Order to Have Defendant's
Motion to Compel Further Discovery Heard on Shortened Time
00546604.DOC}