IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---

AREZOU MANSOURIAN, LAUREN
MANCUSO, NANCY NIEN-LI CHIANG,
and CHRISTINE WING-SI NG, and all those
similarly situated,

        Plaintiffs,

    vs.                                                    CIV-S-03-2591 FCD EFB

BOARD OF REGENTS OF THE UNIVERSITY
OF CALIFORNIA AT DAVIS, et al.,

        Defendants.
                                             /

        Defendant filed a discovery motion on December 4, 2007, and set the matter for hearing on **December 19, 2007, at 10:00 a.m.**  The court approved the parties' stipulation to have the motion heard on shortened time.  Notwithstanding the three days specified by E.D. Cal. L.R. 37-251, the joint statement ***shall be filed not later than five court days before the scheduled hearing.***  The filing deadline, accordingly, will be December 12, 2007, by 5:00 p.m.  In the event the hearing is rescheduled, the joint statement shall be due not later than five court days before the rescheduled hearing.

        The dispute may be organized by category, with specific discovery items attached, if appropriate, as an exhibit.  For each disputed category or individual item, include: (1) the specific disputed discovery category or item; (2) the response; (3) the moving party's position; and (4) the opposition.  E.D. Cal. L.R. 37-251(c)(3).  Do not file separate briefing.  *Id.*

        Privilege objections must comply with Fed. R. Civ. P. 26(b)(5).  Except in extraordinary circumstances, the party claiming privilege may not submit a post-hearing privilege log.  The failure properly to support a privilege objection with a privilege log may be deemed to waive it.

        The moving party is responsible for filing the joint statement.  The opposing party nevertheless must timely draft and submit its portion.  Failure of either party to use best efforts to ensure timely filing will be cause for sanctions.

DATED: December 5, 2007.

                                                                EDMUND F. BRENNAN
                                                                U.S. Magistrate Judge