**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
George A. Acero, SBN 226709
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)
**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG WARZECKA, PAM GILL-FISHER, ROBERT FRANKS and LAWRENCE SWANSON

Mark T. Johnson
Monique Olivier
**THE STURDEVANT LAW FIRM**
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, CA 94111
**Attorneys for Plaintiffs:** AREZOU MANSOURIAN, LAUREN MANCUSO, NANCY NIEN-LI CHIANG, and CHRISTINE WING-SI NG

Noreen Farrell
Debra Smith
**EQUAL RIGHTS ADVOCATES**
1663 Mission Street, Suite 250
San Francisco, CA 94103
**Attorneys for Plaintiffs:** AREZOU MANSOURIAN, LAUREN MANCUSO, NANCY NIEN-LI CHIANG, and CHRISTINE WING-SI NG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREZOU MANSOURIAN, et al., | CASE NO. 2:03-CV-02591-FCD-EFB |
| Plaintiffs, | **ORDER REGARDING FURTHER MODIFICATION TO THE SECOND AMENDED SCHEDULING ORDER** |
| vs. | |
| BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA AT DAVIS, et al., | **"AS MODIFIED"** |
| Defendants. | |

Good cause appearing, the Second Amended Scheduling Order is modified as follows:

The hearing on Defendant's motion for summary judgment will be held on March 28, 2008. Defendant shall file and serve its moving papers on or before January 11, 2008. Plaintiffs shall file their opposing papers on or before February 14, 2008. Defendant's reply papers shall be filed on or before February 29, 2008. In light of the above extension the final pretrial conference is RESET for June 6, 2008 at 1:30 p.m. The joint pretrial statement shall be filed no later than May 30, 2008. The jury trial is RESET for August 12, 2008 at 9:00 a.m.

IT IS HEREBY ORDERED.

DATED: December 13, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE