PORTER | SCOTT
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
George A. Acero, SBN 226709
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG WARZECKA, PAM GILL-FISHER, ROBERT FRANKS and LAWRENCE SWANSON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

AREZOU MANSOURIAN, LAUREN MANCUSO, NANCY NIEN-LI CHIANG, and CHRISTINE WING-SI NG; and all those similarly situated,

Plaintiffs,

vs.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

Defendants.

CASE NO. 2:03-CV-02591-FCD-EFB

**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**Date: March 28, 2008**
**Time: 10:00 a.m.**
**Courtroom: 2**

Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA hereby submits this Appendix of Exhibits to its Motion for Summary Judgment as follows:

Exhibit A: Declaration of Wendy Walters.

Exhibit B: Declaration of Todd Petr.

Exhibit C: Declaration of Larry Swanson.

Exhibit D: Declaration of Michelle Roppeau.

Exhibit E: Declaration of Lennie Zalesky.

| | |
|---|---|
| Exhibit F: | Declaration of Greg Warzecka. |
| Exhibit G: | Declaration of Robert Bullis. |
| Exhibit H: | Declaration of Jennifer Cardone. |
| Exhibit I: | Declaration of Pam Gill-Fisher. |
| Exhibit J: | Declaration of Christine Grant. |
| Exhibit K: | Declaration of Maryclarie Robinson. |
| Exhibit L: | Declaration of Dennis Shinek. |
| Exhibit M: | Declaration of Robert Franks. |
| Exhibit N: | Declaration of Laura Hall. |
| Exhibit O: | Declaration of Joe Singleton. |
| Exhibit P: | Declaration of Deanne Vochatzer. |
| Exhibit Q: | Declaration of Jamey Wright. |
| Exhibit R: | Declaration of Carissa Adams. |
| Exhibit S: | Declaration of Bborie Park. |
| Exhibit T: | Declaration of Gillian Butler. |
| Exhibit U: | Declaration of Mike Robles. |
| Exhibit V: | Deposition of Michael Burch, Volume I. |
| Exhibit W: | Deposition of Michael Burch, Volume II. |
| Exhibit X: | Deposition of Michael Burch, Volume III. |
| Exhibit Y: | Deposition of Judy Sweet. |
| Exhibit Z: | Deposition of Michael Maben. |
| Exhibit AA: | Deposition of Charlie Hong. |
| Exhibit BB: | Deposition of Randall Katz. |
| Exhibit CC: | Deposition of Arezou Mansourian. |
| Exhibit DD: | Deposition of Afsoon Johnston. |
| Exhibit EE: | Deposition of Samantha Reinis. |
| Exhibit FF: | **purposely left blank** |
| Exhibit GG: | Deposition of Lennie Zalesky. |

| | |
|---|---|
| Exhibit HH: | Deposition of Christine Ng. |
| Exhibit II: | Deposition of Nancy Chiang. (Filed under seal pursuant to protective order.) |
| Exhibit JJ: | Deposition of Jennifer Cardone. |
| Exhibit KK: | Deposition of Lauren Mancuso. |
| Exhibit LL: | Deposition of Craig Reynolds. |
| Exhibit MM: | Deposition of Ray Goldbar. |
| Exhibit NN: | Deposition of Sue Williams. |
| Exhibit OO: | Deposition of Donna Lopiano (Taken 2/28/05). |
| Exhibit PP: | Deposition of Donna Lopiano (Taken 6/26/07). |
| Exhibit QQ: | Deposition of Donna Lopiano (Taken 10/30/07). |
| Exhibit RR: | Deposition of Lee Allen. |
| Exhibit SS: | Deposition of Helen Thomson. |
| Exhibit TT: | October 16, 2001 letter from the OCR (Deposition Exhibit 24). |
| Exhibit UU: | April 30, 2001 memo from Plaintiffs regarding their OCR complaint (Deposition Exhibit 32). |
| Exhibit VV: | May 10, 2001 e-mail from Bob Franks to Plaintiffs (Deposition Exhibit 33). |
| Exhibit WW: | May 17, 2001 e-mail from Bob Franks to Plaintiffs (Deposition Exhibit 36). |
| Exhibit XX: | Memorandum notifying coaches of the Roster Management Program (Deposition Exhibit 87). |
| Exhibit YY: | October 9, 2000 letter to Coach Burch regarding roster limit (Deposition Exhibit 88). |
| Exhibit ZZ: | October 30, 2000 letter from Michael Burch with roster (Deposition Exhibit 90). |
| Exhibit AAA: | Wrestling eligibility documents for the 1998/1999 regular season (Deposition Exhibit 95) (Filed under seal pursuant to protective order.) |
| Exhibit BBB: | June 29, 2001 letter from the OCR to Chancellor Vanderhoef (Deposition Exhibit 116). |
| Exhibit CCC: | Grant-in-aid worksheets from Mike Burch for 1998/99, 1999/00 and 2000/01 (Deposition Exhibits 167-169). (Filed under seal pursuant to protective order.) |

| | |
|---|---|
| Exhibit DDD: | June 14, 2001 e-mail from Coach Burch regarding proposed grants-in-aid to women wrestlers (Deposition Exhibit 170). |
| Exhibit EEE: | Letter regarding woman of the year award for Pam Gill-Fisher (Deposition Exhibit 270). |
| Exhibit FFF: | May 14, 2001 letter from Dennis Shimek to Pat Shelton (Deposition Exhibit 301). |
| Exhibit GGG: | Chris Ng's April 24, 2001 OCR complaint (Deposition Exhibit 302). |
| Exhibit HHH: | Chris Ng's May 14, 2001 supplemental OCR complaint (Deposition Exhibit 303). |
| Exhibit III: | May 31, 2001 letter from the OCR to Christine Ng (Deposition Exhibit 304). |
| Exhibit JJJ: | 2000/2001 wrestling recruiting records (Deposition Exhibit 340). |
| Exhibit KKK: | Chris Ng's June 26, 2001 supplemental OCR complaint (Deposition Exhibit 399). |
| Exhibit LLL: | Chris Ng's August 13, 2001 supplemental OCR complaint (Deposition Exhibit 402). |
| Exhibit MMM: | E-mail from AREZOU MANSOURIAN to Lennie Zalesky dated on October 10, 2001 (Deposition Exhibit 406). |
| Exhibit NNN: | Materials regarding 1995 varsity proposals (Deposition Exhibit 471). |
| Exhibit OOO: | April 14, 2003 letter from Pam Gill-Fisher to club sports requesting varsity proposals (Deposition Exhibit 498). |
| Exhibit PPP: | January 17, 2004 Memo from Greg Warzekca regarding the selection of the golf team (Deposition Exhibit 512). |
| Exhibit QQQ: | Judith Sweet's C.V. (Deposition Exhibit 793). |
| Exhibit RRR: | NCAA's criteria for emerging sports (Deposition Exhibit 795). |
| Exhibit SSS: | E-mails between Judy Sweet and Craig Reynolds (Deposition Exhibit 805). |
| Exhibit TTT: | WSF publication titled "*Playing Fair*" (Deposition Exhibit 812). |
| Exhibit UUU: | WSF on-line article titled "*Geena Takes Aim*" (Deposition Exhibit 818). |
| Exhibit VVV: | SARI report on 2004 survey (Deposition Exhibit 818). |

| | |
|---|---|
| Exhibit WWW: | SARI report on 2005 survey (Deposition Exhibit 907). |
| Exhibit XXX: | Stipulation Regarding Participation Numbers. |
| Exhibit YYY: | Stipulation Regarding Graduation Date of Lauren Mancuso. |
| Exhibit ZZZ: | NCAA rule 14.2.1 Division I Manual (2000-2005). |
| Exhibit AAAA: | 1981-82 – 2005-06 NCAA Sports Sponsorship and Participation Rates Report. |
| Exhibit BBBB: | 1996/1997 Media Guide. |
| Exhibit CCCC: | 1997/1998 Media Guide. |
| Exhibit DDDD: | 1998/1999 Media Guide. |
| Exhibit EEEE: | 1999/2000 Media Guide. |
| Exhibit FFFF: | 2000/2001 Media Guide. |
| Exhibit GGGG: | Wrestling participation lists for January and February 2000 (Filed under seal pursuant to protective order.) |
| Exhibit HHHH: | Criteria for Sports Clubs and Application. |
| Exhibit IIII: | 2003 varsity proposals |
| Exhibit JJJJ: | Review of Women's Sports Proposal Report. |
| Exhibit KKKK: | Title IX Investigator's Manual. |
| Exhibit LLLL: | May 31, 2001, letter from the OCR to Chancellor Vanderhoef (Deposition Exhibit 115). |
| Exhibit MMMM: | May 9, 2001, letter to Burch from Warzecka regarding the reinstatement. |
| Exhibit NNNN: | 2001-2002 Gender Equity plan. |
| Exhibit OOOO: | The order of the Honorable Elizabeth D. LaPorte of the United States District Court for the Northern District of California dated February 2, 2006. |
| Exhibit PPPP: | Excerpts from the 2000/2001 compliance manual. |
| Exhibit QQQQ: | Dr. Grant's expert report. |

///

///

///

///

Dated: January 11, 2008

PORTER SCOTT
A PROFESSIONAL CORPORATION

By ______________________
Nancy J. Sheehan
George A. Acero
Attorney for Defendant, REGENTS OF THE UNIVERSITY OF CALIFORNIA

*MANSOURIAN v. REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.*
**United States District Court, Eastern District of California, Case No. 2:03-CV-02591-FCD-EFB**

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of eighteen years and not a party to the above-entitled action; my business address is 350 University Avenue, Suite 200, Sacramento, CA 95825.

On January 11, 2008, I served the following document(s):

**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

XXX **VIA ELECTRONIC-FILING** to the office of the person(s) listed below.

_____ BY PERSONAL SERVICE. I caused such document to be delivered by hand to the office of the person(s) listed below.

_____ BY OVERNIGHT DELIVERY. I caused such document to be delivered by overnight delivery to the office of the person(s) listed below.

_____ BY FACSIMILE. I caused such document to be faxed to the office of the person(s) listed below with an original or copy of said document placed in the United States mail with postage thereon fully prepaid at Sacramento, California.

addressed as follows:

| | |
|---|---|
| Kristen Galles<br>**EQUITY LEGAL**<br>10 Rosecrest Avenue<br>Alexandria, VA 22301<br>Facsimile: (703) 683-4636<br><br>Noreen Farrell<br>Debra Smith<br>**EQUAL RIGHTS ADVOCATES**<br>1663 Mission Street, Suite 250<br>San Francisco, CA 94103 | James C. Sturdevant<br>Mark T. Johnson<br>Monique Olivier<br>**THE STURDEVANT LAW FIRM**<br>A Professional Corporation<br>475 Sansome Street, Suite 1750<br>San Francisco, CA 94111<br>Facsimile: (415) 477-2420 |

I declare under penalty of perjury that the foregoing is true and correct and was executed on January 11, 2008, at Sacramento, California.

Cindy Cannon