PORTER SCOTT
A Professional Corporation
Nancy J. Sheehan, State Bar No. 109419
(nsheehan@pswdlaw.com)
George A. Acero, State Bar No. 226709
(gacero@pswdlaw.com)
350 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706

Attorneys for Defendants

James C. Sturdevant, State Bar No. 94551
(jsturdevant@sturdevantlaw.com)
Mark T. Johnson, State Bar No. 76904
(mjohnson@sturdevantlaw.com)
Monique Olivier, State Bar No. 190385
(moliver@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, CA  94111
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Debra Smith, State Bar No. 147863
(dsmith@equalrights.org)
Noreen Farrell, State Bar No. 191600
(nfarrell@equalrights.org)
EQUAL RIGHTS ADVOCATES
1663 Mission Street, Suite 250
San Francisco, CA  94103
Telephone: (415) 621-0672
Facsimile: (415) 621-6744

Kristen Galles, State Bar No. 148740
(kgalles@abanet.org)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone: (703) 683-4491

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AREZOU MANSOURIAN; et al.,<br>　　　　Plaintiff,<br>　　vs.<br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA AT DAVIS; et al.,<br>　　　　Defendant | CASE NO. CIV S-03-2591 FCD EFB<br><br>**ORDER RE JOINT STIPULATED REQUEST TO FURTHER MODIFY THE SECOND AMENDED SCHEDULING ORDER** |

**GOOD CAUSE HAVING BEEN SHOWN**, the Court hereby grants the parties joint stipulated request to further modify the 2nd Amended Status (Pretrial Scheduling) Order to modify the scheduling order to extend the dates related to Defendant's motion for summary judgment as follows:

- Plaintiffs shall file their opposing papers on or before March 6, 2008.
- Defendant shall file its reply papers on or before March 31, 2008.
- Defendant's motion for summary judgment will be heard on April 25, 2008 at 10:00 a.m.

IT IS SO ORDERED.

DATED: January 29, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

ORDER RE JOINT STIPULATED REQUEST TO FURTHER MODIFY THE SECOND AMENDED SCHEDULING ORDER, CASE NO. CIV S-03-2591 FCD EFB