PORTER SCOTT
A Professional Corporation
Nancy J. Sheehan, State Bar No. 109419
(nsheehan@porterscott.com)
350 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706

Attorneys for Defendants

James C. Sturdevant, State Bar No. 94551
(jsturdevant@sturdevantlaw.com)
Mark T. Johnson, State Bar No. 76904
(mjohnson@sturdevantlaw.com)
Monique Olivier, State Bar No. 190385
(moliver@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Debra Smith, State Bar No. 147863
(dsmith@equalrights.org)
Noreen Farrell, State Bar No. 191600
(nfarrell@equalrights.org)
EQUAL RIGHTS ADVOCATES
1663 Mission Street, Suite 250
San Francisco, CA  94103
Telephone: (415) 621-0672
Facsimile: (415) 621-6744

Kristen Galles, State Bar No. 148740
(kgalles@abanet.org)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone: (703) 683-4491

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AREZOU MANSOURIAN; et al.,<br>　　　　　Plaintiffs,<br>　　vs.<br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA AT DAVIS; et al.,<br>　　　　　Defendant. | CASE NO. CIV S-03-2591 FCD EFB<br><br>**ORDER RE JOINT STIPULATION FOR 30-DAY EXTENSION FOR PLAINTIFFS TO FILE OBJECTIONS TO BILL OF COSTS**<br><br>Complaint filed:　　December 18, 2003<br>Judgment Entered:　April 23, 2008 |

1  **GOOD CAUSE HAVING BEEN SHOWN**, the Court hereby grants the parties joint stipulated request to grant Plaintiffs an additional thirty (30) days, to and including June 19, 2008 to file objections to the Bill of Costs.

**IT IS SO ORDERED**.

DATED: May 22, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1

ORDER RE JOINT STIPULATION FOR 30-DAY EXTENSION FOR PLAINTIFFS TO FILE OBJECTIONS TO BILL OF COSTS
CASE NO. CIV S-03-2591 FCD EFB