**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
David P.E. Burkett, SBN 241896
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)
**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG WARZECKA, PAM GILL-FISHER, ROBERT FRANKS and LAWRENCE SWANSON


Noreen Farrell, SBN 191600
nfarrrell@equalrights.org
Jora Trang, SBN 218059
jtrang@equalrights.org
**EQUAL RIGHTS ADVOCATES**
180 Howard Street, Suite 300
San Francisco, CA 94105
(415) 621-0672
(415) 621-6744 (facsimile)

**Attorneys for Plaintiffs:** AREZOU MANSOURIAN, LAUREN MANCUSO, and CHRISTINE WING-SI NG

Additional Plaintiffs' Counsel on Signature Page

### THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREZOU MANSOURIAN, LAUREN MANCUSO, NANCY NIEN-LI CHIANG, and CHRISTINE WING-SI NG; and all those similarly situated,<br><br>          Plaintiffs,<br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>          Defendants. | CASE NO. CIV. S-03-2591 FCD/EFB<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF MOTION FOR SUMMARY JUDGMENT HEARING; ORDER**<br><br>**Date:  October 22, 2010**<br>**Time: 10:00 a.m.**<br>**Ctrm: 2** |

1

**STIPULATED REQUEST FOR CONTINUANCE OF MOTION FOR SUMMARY JUDGMENT HEARING; ORDER**

1.  Defendants LARRY VANDERHOEF, ROBERT FRANKS, PAM GILL-FISHER and LARRY SWANSON have filed Motions for Summary Judgment set for hearing on October 22, 2010. Defendant GREG WARZECKA will be doing so shortly.

2.  At or about the time those Motions for Summary Judgment were filed (excluding WARZECKA's), the Court granted the parties stipulation to extend the last date to hear dispositive motions to December 3, 2010.

3.  To facilitate necessary discovery and briefing, the parties have met and conferred regarding the scheduling of depositions of the individual Defendants, the briefing schedule for the Motions for Summary Judgment, and the hearing date for the Motions for Summary Judgment. Therefore, the parties respectfully request that:

    a.  Hearing on the Motions for Summary Judgment shall be continued to December 3, 2010;

    b.  Plaintiffs shall file their oppositions to the Motions for Summary Judgment no later than November 9, 2010; and

    c.  Defendants shall file their replies no later than November 24, 2010.

Dated:  September 17, 2010.

            PORTER SCOTT
            A PROFESSIONAL CORPORATION

            By:  /s/ David P.E. Burkett_____
                Nancy J. Sheehan
                David P.E. Burkett
                Attorneys for Defendants

Dated:  September 17, 2010

            EQUAL RIGHTS ADVOCATES

            By:  /s/ Noreen Farrell (as authorized on 9-17-10)
                Noreen Farrell
                Jora Trang
                Attorneys for Plaintiffs

Dated: September 17, 2010

            THE STURDEVANT LAW FIRM
            A PROFESSIONAL CORPORATION

            By:  /s/ Whitney Huston (as authorized on 9-17-10)
                James Sturdevant
                Whitney Huston
                Attorneys for Plaintiffs

**STIPULATED REQUEST FOR CONTINUANCE OF MOTION FOR SUMMARY JUDGMENT HEARING; ORDER**

Additional Plaintiffs' Counsel

James C. Sturdevant (SBN 94551)
(jsturdevant@sturdevantlaw.com)
Whitney Huston (SBN 234863)
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Monique Olivier (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
235 Montgomery St., Suite 1010
San Francisco, CA  94104
Telephone:  415-433-0333
Facsimile:  415-449-6556

Kristen Galles (SBN 148740)
(kgalles@comcast.net)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone: (703) 683-4491

### IT IS SO ORDERED.

Dated:  September 20, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**STIPULATED REQUEST FOR CONTINUANCE OF MOTION FOR SUMMARY JUDGMENT HEARING;**
**ORDER**