**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
David P.E. Burkett, SBN 241896
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481 (telephone)
(916) 927-3706 (facsimile)

**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG WARZECKA, PAM GILL-FISHER, ROBERT FRANKS and LAWRENCE SWANSON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREZOU MANSOURIAN, LAUREN MANCUSO, NANCY NIEN-LI CHIANG, and CHRISTINE WING-SI NG; and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>Defendants. | CASE NO. 2:03-CV-02591-FCD-EFB<br><br>**ORDER TO FILE DOCUMENT UNDER SEAL PURSUANT TO PROTECTIVE ORDER**<br><br>Date: December 3, 2010<br>Time: 10:00 a.m.<br>Ctrm: 2<br><br>**Complaint Filed: December 18, 2003** |

The Court has reviewed and considered Defendant GREG WARZECKA's motion to file document under seal pursuant to protective order.  Good cause having been shown, the Court hereby orders that Exhibit N in support of Defendant WARZECKA'S motion for summary judgment be filed under seal.

**IT IS SO ORDERED.**

Dated:  September 27, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1
**ORDER TO FILE DOCUMENT UNDER SEAL PURSUANT TO PROTECTIVE ORDER**