James C. Sturdevant (SBN 94551)
(jsturdevant@sturdevantlaw.com)
Whitney Huston (SBN 234863)
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Noreen Farrell (SBN 191600)
(nfarrrell@equalrights.org)
Jora Trang (SBN 218059)
(jtrang@equalrights.org)
EQUAL RIGHTS ADVOCATES
180 Howard Street, Suite 300
San Francisco, CA 94105
Telephone: (415) 621-0672
Facsimile: (415) 621-6744

**Attorneys for Plaintiffs:** AREZOU MANSOURIAN, LAUREN MANCUSO, and CHRISTINE WING-SI NG

Additional Plaintiffs' Counsel on Signature Page

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
[Sacramento Division]**

| | |
|---|---|
| AREZOU MANSOURIAN, LAUREN MANCUSO, and CHRISTINE WING-SI NG,<br><br>Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>Defendants. | CASE NO.  2:03-CV-02591-FCD-EFB<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO FILE (1) A CONSOLIDATED OPPOSITION TO THE MOTIONS FOR SUMMARY JUDGMENT BY THE INDIVIDUAL DEFENDANTS; (2) A CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES THAT EXCEEDS (20) PAGES**<br><br>**Date:  December 3, 2010<br>Time:  10:00 a.m.<br>Ctrm:  2<br>Judge:  Hon. Frank C. Damrell, Jr.**<br><br>**Complaint Filed:        December 18, 2003<br>Trial date:                    April 26, 2011** |

The *Ex Parte* Application of Arezou Mansourian, Lauren Mancuso, and Christine Wing-Si Ng for permission to file a consolidated opposition to the motions for summary judgment filed by defendants Robert Franks, Greg Warzecka, Larry Vanderhoef, Larry Swanson, and Pam Gill-Fisher ("Individual Defendants") and to file a single memorandum of points and authorities to address the motions of the Individual Defendants that exceeds the Court's 20 page-limit but which is not more than 50 pages was considered on an *ex parte* basis.  The Court reviewed the *Ex Parte* Application and has found good cause to grant Plaintiffs' request for a page extension.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs Arezou Mansourian, Lauren Mancuso, and Christine Wing-Si Ng shall be permitted to file a consolidated opposition to the motions for summary judgment filed by the Individual Defendants and to file a single memorandum of points and authorities to address the motions of the Individual Defendants that exceeds the Court's 20 page-limit but which is not more than 50 pages.

**IT IS SO ORDERED.**

DATED:  October 27, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Additional Plaintiffs' Counsel

Monique Olivier (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
235 Montgomery St., Suite 1010
San Francisco, CA  94104
Telephone:  415-433-0333
Facsimile:  415-449-6556

Kristen Galles (SBN 148740)
(kgalles@comcast.net)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone: (703) 683-4491