James C. Sturdevant, SBN 94551
(jsturdevant@sturdevantlaw.com)
Whitney Huston, SBN 234863
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone:(415) 477-2410
Facsimile: (415) 477-2420

Noreen Farrell, SBN 191600
(nfarrell@equalrights.org)
Jora Trang, SBN 218059
(jtrang@equalrights.org)
EQUAL RIGHTS ADVOCATES
180 Howard Street, Suite 300
San Francisco, CA  94105
Telephone:(415) 621-0672
Facsimile: (415) 621-6744

Monique Olivier, SBN 190385
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
235 Montgomery St., Suite 1010
San Francisco, CA  94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556

Kristen Galles, SBN 148740
(kgalles@comcast.net)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone:(703) 683-4491

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**[Sacramento Division]**

| | |
|---|---|
| AREZOU MANSOURIAN; LAUREN MANCUSO; and CHRISTINE WING-SI NG,<br><br>Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.<br><br>Defendants. | CASE NO. S-03-2591 FCD EFB<br><br>**STIPULATION AND ORDER RE DISMISSAL OF LAWRENCE "LARRY" SWANSON ONLY**<br><br>Complaint filed:   December 18, 2003<br>Trial date:           April 26, 2011 |

1  WHEREAS the original Complaint in this action was filed on December 18, 2003.  (Dkt. 1.)

2  WHEREAS Lawrence ("Larry") Swanson ("Larry Swanson") was named as an individual

3  Defendant in the Complaint.  (*Id*.)

4  WHEREAS the parties share a mutual desire to resolve claims against individual Defendant

5  Larry Swanson in this action by the dismissal of those claims, in their entirety, and by the waiver of

6  any right to costs or other relief that Defendants might seek from Plaintiffs arising out of the filing or

7  prosecution of this action against Larry Swanson by them;

8  NOW, THEREFORE, Plaintiffs and Defendants, through their respective counsel, subject to

9  the approval of this Court, hereby stipulate that:

10  1. Plaintiffs claims against defendant Larry Swanson in this action shall be dismissed in

11  their entirety, with prejudice;

12  3. Defendant Larry Swanson shall not seek attorneys' fees, costs or any other relief

13  against Plaintiffs, on their own or through counsel, based upon the filing or prosecution of this action

14  by them.   Defendant agrees that neither he nor anyone on his behalf will pursue any claim against

15  Plaintiffs or their counsel for their prosecution of this action against him, including a malicious

16  prosecution claim.

17  4. Defendant Larry Swanson will withdraw his Motion for Summary Judgment currently

18  set for hearing on December 3, 2010.

19  DATED:  November 5, 2010                                            Respectfully submitted,

20  
21                                                                                    THE STURDEVANT LAW FIRM
                                                                                      A Professional Corporation

22                                                                                    EQUAL RIGHTS ADVOCATES

23                                                                                    DUCKWORTH PETERS LEBOWITZ
24                                                                                    OLIVIER LLP

25                                                                                    EQUITY LEGAL

26  
27                                                                        By:  /s/ Whitney Huston
                                                                                      Whitney Huston
28                                                                                    Attorneys for Plaintiffs

1

STIPULATION AND ORDER RE DISMISSAL OF LAWRENCE ("LARRY") SWANSON
CASE NO. S-03-2591 FCD EFB

1  DATED:  November 5, 2010                              PORTER │SCOTT
2
3                                                        By:  /s/ Nancy J. Sheehan
                                                              Nancy J. Sheehan (SBN 109419)
4                                                             Attorneys for Defendants
                                                              350 University Ave., Suite 200
5                                                             Sacramento, CA  95825
6
7                              **ATTESTATION UNDER GENERAL ORDER 45**

8       I, Whitney Huston, attest that the concurrence in the filing of the document has been obtained

9  from each of the other signatories, which shall serve in lieu of their respective signatures.

10
                                                          /s/ *Whitney Huston*
11                                                            Whitney Huston

12

...

28

2
STIPULATION AND ORDER RE DISMISSAL OF LAWRENCE ("LARRY") SWANSON
CASE NO. S-03-2591 FCD EFB

# ORDER

Pursuant to the Stipulation of Dismissal filed herewith, this Court hereby ORDERS the following:

1. Plaintiffs claims against defendant Lawrence Swanson in this action are dismissed in their entirety, with prejudice.

2. Defendant Larry Swanson shall not seek attorneys' fees, costs or any other relief against Plaintiffs, on their own or through counsel, based upon the filing or prosecution of this action by them.   Defendant agrees that neither he nor anyone on his behalf will pursue any claim against Plaintiffs or their counsel for their prosecution of this action against him, including a malicious prosecution claim.

3. Defendant Larry Swanson will withdraw his Motion for Summary Judgment currently set for hearing on December 3, 2010.

4. Each of the parties to bear their own costs.

**IT IS SO ORDERED**.

DATED: November 5, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE