James C. Sturdevant, SBN 94551
(jsturdevant@sturdevantlaw.com)
Whitney Huston, SBN 234863
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone:     (415) 477-2410
Facsimile:     (415) 477-2420

Noreen Farrell, SBN 191600
(nfarrell@equalrights.org)
Jora Trang, SBN 218059
(jtrang@equalrights.org)
EQUAL RIGHTS ADVOCATES
180 Howard Street, Suite 300
San Francisco, CA  94105
Telephone:     (415) 621-0672
Facsimile:     (415) 621-6744

Monique Olivier, SBN 190385
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
235 Montgomery St., Suite 1010
San Francisco, CA  94104
Telephone:     (415) 433-0333
Facsimile:     (415) 449-6556

Kristen Galles, SBN 148740
(kgalles@comcast.net)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone:     (703) 683-4491

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**[Sacramento Division]**

| | |
|---|---|
| AREZOU MANSOURIAN; LAUREN MANCUSO; and CHRISTINE WING-SI NG,<br><br>            Plaintiffs,<br><br>     vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.<br><br>            Defendants. | CASE NO. CIV. S-03-2591 FCD EFB<br><br>**ORDER GRANTING REQUEST TO SEAL CONFIDENTIAL DOCUMENTS PURSUANT TO PROTECTIVE ORDER** |

ORDER GRANTING REQUEST TO SEAL CONFIDENTIAL DOCUMENTS PURSUANT TO PROTECTIVE ORDER; CASE NO. CIV S-03-2591 FCD EFB

## ORDER

The Court has reviewed and considered the Plaintiffs' Request to Seal Confidential Documents Pursuant to Protective Order and Local Rule 141, which came before this Court for determination in connection with Plaintiffs' Opposition to Defendants' Motions for Summary Judgment.

After consideration of the Motion, and for GOOD CAUSE SHOWN, the Court hereby GRANTS Plaintiffs' request that the following documents be filed under seal:

- Exhibits A:86-A:138 and A:174 to Evidence Submitted in Support of Plaintiffs' Consolidated Opposition to Defendants' Motions for Summary Judgment.

**IT IS SO ORDERED**.

DATED: November 12, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE