James C. Sturdevant, SBN 94551 (*jsturdevant@sturdevantlaw.com*)
Whitney Huston, SBN 234863 (*whuston@sturdevantlaw.com*)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone:     (415) 477-2410
Facsimile:      (415) 477-2420

Noreen Farrell, SBN 191600 (*nfarrell@equalrights.org*)
Jora Trang, SBN 218059 (*jtrang@equalrights.org*)
EQUAL RIGHTS ADVOCATES
180 Howard Street, Suite 300
San Francisco, CA  94105
Telephone:     (415) 621-0672
Facsimile:      (415) 621-6744

**Attorneys for Plaintiffs**

**[Additional Plaintiffs' Counsel listed on Signature Page]**

PORTER SCOTT
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
David P.E. Burkett, SBN 241896
350 University Avenue, Suite 200
Sacramento, California 95825
Telephone:     (916) 929-1481
Facsimile:      (916) 927-3706

**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG WARZECKA, PAM GILL-FISHER, and ROBERT FRANKS

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
[Sacramento Division]**

| | |
|---|---|
| AREZOU MANSOURIAN; LAUREN MANCUSO; and CHRISTINE WING-SI NG, <br><br>        Plaintiffs, <br><br>    vs. <br><br> REGENTS OF THE UNIVERSITY OF CALIFORNIA, *et al.* <br><br>        Defendants. | CASE NO. CIV. S-03-2591 FCD EFB <br><br> **JOINT STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER TO CONTINUE TRIAL DATE** <br><br> Courtroom:    2, 15th Flr. <br> Judge:            Hon. Frank C. Damrell, Jr <br><br> Complaint filed:   December 18, 2003 <br> Trial date:           April 26, 2011 |

1. The parties, by and through their counsel of record, jointly request that the Court issue an Order shortening time to hear and brief Plaintiffs' Motion to Modify Status (Pretrial Scheduling) Order to Continue Trial Date ("Motion") on the expedited schedule set forth below, for the reasons set forth in this Stipulation.

2. This action was filed in December 2003. Plaintiffs allege that defendants have violated Title IX of the Education Amendments of 1972 (20 U.S.C. § 1621 *et seq*.) and the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution (as enforced through 42 U.S.C. § 1983)by denying females equal opportunity to participate in varsity athletics as compared to males at the University of California at Davis from 1998 to 2006. Defendants deny the allegations.

3. On June 23, 2010, the Court issued its Status (Pretrial Scheduling) Order. (Dkt. 414.) On September 13, 2010, the Court granted the parties' joint Stipulation and Order to Modify the Status (Pretrial Scheduling) Order, which, (1) extended the Discovery Cut-Off date to October 25, 2010 (not including Individual Defendant financial status discovery), (2) extended the last day to hear dispositive motions to December 6, 2010, and (3) suspended the discovery deadline for financial information from Individual Defendants until after the Court ruled on the (then anticipated) Individual Defendants' motions for summary judgment. (Dkt. 436.)

4. On September 9, 14, and 22, 2010, Defendants filed motions for summary judgment on behalf of each of the individual defendants on the § 1983 claims. (Dkt. 417-34, 437-50, 452-55.) Plaintiffs voluntarily dismissed Defendant Larry Swanson on November 8, 2010 (Dkt. 465) and opposed the motions on behalf of the four remaining Defendants on November 9, 2010 (Dkt. 466-83). On December 8, 2010, the Court issued a decision granting in part and denying in part the summary judgment motions filed by the individual Defendants. (Dkt. 509.)

5. On October 8, 2010, during briefing on Defendants' summary judgment motions, Plaintiffs filed a Request for Referral to Settlement Conference (Dkt. 457), which was granted. The Settlement Conference took place on December 16, 2010 before the Honorable Kimberly J. Mueller. However, the case did not settle.

6. The current Status (Pretrial Scheduling) Order sets this case for trial on April 26, 2011.

(Dkt. 414 § VII.)  The Final Pretrial Conference set for March 4, 2011 and the deadline to file the Joint Pretrial Conference Statement on February 25, 2011.  (*Id*. § VI.)

7. The current pre-trial schedule requires the Joint Pre-Trial Statement, which demands extensive briefing and pre-trial preparation, to be completed by February 25, 2010, the same date as this Motion, if fully noticed, would be heard.  The parties recognize that prompt resolution of Plaintiffs' Motion will allow the parties to engage in pre-trial matters expeditiously and efficiently.

8. On January 25, 2011, Plaintiffs filed a Motion to Modify Status (Pretrial Scheduling) Order to Continue Trial Date.  (Dkt. 521.)  The parties filed opposing and reply papers on February 1st and 7th, respectively (Dkt. 525, 528) and the Court held a hearing on February 25, 2011.  At the hearing, the Court distributed proposed pretrial and trial related dates and requested that the parties further meet and confer to refine the dates.  On February 17, 2011, the parties emailed revised dates to the Court, to which the Court agreed.

9. Accordingly, the parties respectfully request that this Court modify the Status (Pretrial Scheduling) Order as follows:

| Date | Event |
| --- | --- |
| April 15, 2011 | Pretrial Statement Due:  Liability Phase Issues Only.  Parties to inform Court if additional days needed. |
| April 21, 2011 | Final Pretrial Conference. |
| May 10, 2011 | Motions *in limine*/Trial Briefs due: Liability Phase Issues Only. |
| May 17, 2011 | Oppositions to motions i*n limine* due. |
| May 20, 2011 | Replies to motions *in limine* due. |
| May 23, 2011 (1:30 pm) | Commence court bench trial on issues of liability. |
| June 9, 2011 | Conclude court bench trial on issues of liability. |

**Tentative Dates:**

| Tentative Date | Event |
| --- | --- |
| Early July 2011 | Court issues findings of facts and conclusions of law, including ruling on motion to reconsider denial of protective order.  If necessary, damages discovery continues.  Responsive documents to be provided within five court days of decision on liability/motion to reconsider. |
| July 26, 2011 | Damage discovery closes. |
| July 29, 2011, subject to modification depending on date of issuance of liability decision. | Damages phase pretrial statement due; Damages phase motions *in limine* due; Proposed voir dire, jury instructions; and Verdict forms due. |
| August 2, 2011 | Opposition to motions *in limine* due. |
| August 3, 2011 | Reply to motions *in limine* due. |
| August 5, 2011 (1:30 pm) | Damages Phase Pretrial Conference (rulings on voir dire, jury instructions, verdict forms, motions *in limine*). |
| August 8-11, 2011 | Jury trial on damages. |

                                          Respectfully submitted,

DATED: February 22, 2011                     PORTER SCOTT

                                          /s/ David Burkett
                                        David P.E. Burkett
                                            Attorneys for Defendants

DATED: February 22, 2011                     THE STURDEVANT LAW FIRM
                                                    A Professional Corporation

                                           /s/ Whitney Huston
                                        WHITNEY HUSTON
                                        Attorneys for Plaintiffs

DATED: February 22, 2011                     EQUAL RIGHTS ADVOCATES

                                           /s/ Noreen Farrell
                                        NOREEN FARRELL

3

JOINT STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER TO CONTINUE TRIAL DATE,
CASE NO.  CIV S-03-2591 FCD EFB

Attorneys for Plaintiffs

**Additional Plaintiffs' Counsel**

Monique Olivier, SBN 190385 (*monique@dplolaw.com*)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
235 Montgomery St., Suite 1010
San Francisco, CA  94104
Telephone:     (415) 433-0333
Facsimile:      (415) 449-6556

Kristen Galles (SBN 148740) (*kgalles@comcast.net*)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone: (703) 683-4491

JOINT STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER TO CONTINUE TRIAL DATE,
CASE NO.  CIV S-03-2591 FCD EFB

# ORDER

**GOOD CAUSE HAVING BEEN SHOWN**, the Court hereby grants the parties Joint Stipulation and Order to modify the Status (Pretrial Scheduling) Order as follows:

| Date | Event |
| --- | --- |
| April 15, 2011 | Pretrial Statement Due: Liability Phase Issues Only. Parties to inform Court if additional days needed. |
| April 21, 2011 (10:00 a.m.) | Final Pretrial Conference. |
| May 10, 2011 | Motions *in limine*/Trial Briefs due: Liability Phase Issues Only. |
| May 17, 2011 | Oppositions to motions i*n limine* due. |
| May 20, 2011 | Replies to motions *in limine* due. |
| May 23, 2011 (1:30 pm) | Commence court bench trial on issues of liability. |
| June 9, 2011 | Conclude court bench trial on issues of liability. |

**Tentative Dates:**

| Tentative Date | Event |
| --- | --- |
| Early July 2011 | Court issues findings of facts and conclusions of law, including ruling on motion to reconsider denial of protective order. If necessary, damages discovery continues. Responsive documents to be provided within five court days of decision on liability/motion to reconsider. |
| July 26, 2011 | Damage discovery closes. |
| July 29, 2011, subject to modification depending on date of issuance of liability decision. | Damages phase pretrial statement due; Damages phase motions *in limine* due; Proposed voir dire, jury instructions; and Verdict forms due. |
| August 2, 2011 | Opposition to motions *in limine* due. |

1

JOINT STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER TO CONTINUE TRIAL DATE, CASE NO. CIV S-03-2591 FCD EFB

| Tentative Date | Event |
|---|---|
| August 3, 2011 | Reply to motions *in limine* due. |
| August 5, 2011 (1:30 p.m.) | Damages Phase Pretrial Conference (rulings on voir dire, jury instructions, verdict forms, motions *in limine*). |
| August 9-11, 2011 (9:00 a.m.) | Jury trial on damages. |

**IT IS SO ORDERED**.

DATED:  February 18, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2
JOINT STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER TO CONTINUE TRIAL DATE,
CASE NO.  CIV S-03-2591 FCD EFB