1  James C. Sturdevant, SBN 94551 (*jsturdevant@sturdevantlaw.com*)
   Whitney Huston, SBN 234863 (*whuston@sturdevantlaw.com*)
2  THE STURDEVANT LAW FIRM
   A Professional Corporation
3  354 Pine Street, Fourth Floor
   San Francisco, CA  94104
4  Telephone:     (415) 477-2410
   Facsimile:     (415) 477-2420
5
6  Noreen Farrell, SBN 191600 (*nfarrell@equalrights.org*)
   Jora Trang, SBN 218059 (*jtrang@equalrights.org*)
7  EQUAL RIGHTS ADVOCATES
   180 Howard Street, Suite 300
8  San Francisco, CA  94105
   Telephone:     (415) 621-0672
9  Facsimile:     (415) 621-6744

**Attorneys for Plaintiffs**

**[Additional Plaintiffs' Counsel listed on Signature Page]**

PORTER SCOTT
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
David P.E. Burkett, SBN 241896
350 University Avenue, Suite 200
Sacramento, California 95825
Telephone:     (916) 929-1481
Facsimile:     (916) 927-3706

**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG WARZECKA, PAM GILL-FISHER, and ROBERT FRANKS

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
[Sacramento Division]**

| AREZOU MANSOURIAN; LAUREN MANCUSO; and CHRISTINE WING-SI NG, | CASE NO. S-03-2591 FCD EFB |
|---|---|
| Plaintiffs, | **JOINT STIPULATION AND ORDER RE BRIEFING SCHEDULE ON MOTION FOR RECONSIDERATION** |
| vs. | Courtroom:  2, 15th Flr.<br>Judge:  Hon. Frank C. Damrell, Jr |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, *et al.* | |
| Defendants. | Complaint filed:  December 18, 2003<br>Trial date:  May 23, 2011 at 1:30 p.m. |

JOINT STIPULATION AND ORDER RE BRIEFING SCHEDULE ON MOTION FOR RECONSIDERATION, Case No.  CIV S-03-2591 FCD EFB

1. Plaintiffs have indicated that they intend to make a Motion for Reconsideration. During the Final Pretrial Conference held on April 21, 2011, the Court advised counsel for Plaintiffs that such a motion would have to be heard on shortened time. Defendants, through their counsel of record, do not oppose a briefing schedule on shortened time as set forth below. However, Defendants reserve their right to argue that the motion itself is untimely.

2. Accordingly, Plaintiffs respectfully request that this Court set briefing and hearing on the Motion for Reconsideration as follows:

| Date | Event |
|---|---|
| April 26, 2011 | Motion for Reconsideration due. |
| May 9, 2011 | Opposition to Motion for Reconsideration due. |
| May 12, 2011 | Reply regarding Motion for Reconsideration due |
| May 20, 2011 (1:30 pm) | Hearing on Motion for Reconsideration |

Respectfully submitted,

DATED: April 26, 2011         THE STURDEVANT LAW FIRM
                              A Professional Corporation

                                /s/ Whitney Huston
                              WHITNEY HUSTON
                              Attorneys for Plaintiffs


DATED: April 26, 2011         EQUAL RIGHTS ADVOCATES

                                /s/ Noreen Farrell
                              NOREEN FARRELL
                              Attorneys for Plaintiffs


DATED: April 26, 2011         PORTER SCOTT

                                /s/ David Burkett
                              David P.E. Burkett
                                Attorneys for Defendants

1

**Additional Plaintiffs' Counsel**

Monique Olivier, SBN 190385 (*monique@dplolaw.com*)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
235 Montgomery St., Suite 1010
San Francisco, CA  94104
Telephone:     (415) 433-0333
Facsimile:      (415) 449-6556

Kristen Galles (SBN 148740) (*kgalles@comcast.net*)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone: (703) 683-4491

JOINT STIPULATION AND ORDER RE BRIEFING SCHEDULE ON MOTION FOR RECONSIDERATION, CASE NO.  CIV S-03-2591 FCD EFB

ORDER

**GOOD CAUSE HAVING BEEN SHOWN**, the Court hereby grants Plaintiffs' unopposed request regarding the Briefing Schedule on the Motion for Reconsideration as follows:

| Date | Event |
| --- | --- |
| April 26, 2011 | Motion for Reconsideration due. |
| May 9, 2011 | Opposition to Motion for Reconsideration due. |
| May 12, 2011 | Reply regarding Motion for Reconsideration due |
| May 20, 2011 (1:30 pm) | Hearing on Motion for Reconsideration |

**IT IS SO ORDERED**.

DATED: April 26, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE