**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
David P.E. Burkett, SBN 241896
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG WARZECKA, PAM GILL-FISHER, and ROBERT FRANKS

Noreen Farrell, SBN 191600
nfarrrell@equalrights.org
Jora Trang, SBN 218059
jtrang@equalrights.org
**EQUAL RIGHTS ADVOCATES**
180 Howard Street, Suite 300
San Francisco, CA 94105
(415) 621-0672
(415) 621-6744 (facsimile)

**Attorneys for Plaintiffs:** AREZOU MANSOURIAN, LAUREN MANCUSO, and CHRISTINE WING-SI NG

Additional Plaintiffs' Counsel on Signature Page

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREZOU MANSOURIAN, LAUREN MANCUSO, NANCY NIEN-LI CHIANG, and CHRISTINE WING-SI NG; and all those similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>    Defendants. | CASE NO. CIV. S-03-2591 FCD/EFB<br><br>**STIPULATION AND ORDER REGARDING THE ADMISSION OF NCAA MANUALS**<br><br>Complaint Filed:  December 18, 2003<br>Trial Date:         May 23, 2011<br>The Honorable Frank C. Damrell, Jr. |

1

**STIPULATION AND ORDER REGARDING THE ADMISSION OF NCAA MANUALS**

Pursuant to the Court's direction made during the trial of this matter, the parties by and through their counsel of record have met and conferred regarding the admission into evidence of NCAA Manuals which Plaintiffs sought to admit at trial.  The parties hereby stipulate to the admission into evidence of the following excerpts of NCAA Manuals:

| Pltfs' Ex. No. | Description | Page Numbers (BATES stamped) to be Admitted |
|---|---|---|
| 370 | 2000-2001 NCAA Division I Manual (Depo. Ex. 331) | 1-8, 17-19, 63-65, 235-320, 321-324, 337-354, 375-379 |
| 371 | 2000-2001 NCAA Division II Manual (396 pages) | 1-6, 17-19, 61-63, 193-267, 269-272, 285-295 |

This stipulation does not prejudice Defendants' rights to assert in post-trial briefing that the above excerpts from the NCAA Manuals are irrelevant or should be disregarded.

Dated:  June 24, 2011               PORTER SCOTT
                                    A PROFESSIONAL CORPORATION

                                    By:  /s/ David P.E. Burkett
                                         Nancy J. Sheehan
                                         David P.E. Burkett
                                         Attorneys for Defendants

Dated:  June 24, 2011               EQUAL RIGHTS ADVOCATES

                                    By:  /s/ Noreen Farrell (as authorized on 06/24/2011)
                                         Noreen Farrell
                                         Jora Trang
                                         Attorneys for Plaintiffs

Dated: June 24, 2011                THE STURDEVANT LAW FIRM
                                    A PROFESSIONAL CORPORATION

                                    By:  /s/ Whitney Huston (as authorized on 06/24/2011)
                                         James Sturdevant
                                         Whitney Huston
                                         Attorneys for Plaintiffs

**STIPULATION AND ORDER REGARDING THE ADMISSION OF NCAA MANUALS**

Additional Plaintiffs' Counsel

James C. Sturdevant (SBN 94551)
(jsturdevant@sturdevantlaw.com)
Whitney Huston (SBN 234863)
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Monique Olivier (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
235 Montgomery St., Suite 1010
San Francisco, CA  94104
Telephone:  415-433-0333
Facsimile:   415-449-6556

Kristen Galles (SBN 148740)
(kgalles@comcast.net)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone: (703) 683-4491

**IT IS SO ORDERED.**

Dated:  June 27, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

3
**STIPULATION AND ORDER REGARDING THE ADMISSION OF NCAA MANUALS**