James C. Sturdevant, SBN 94551 (jsturdevant@sturdevantlaw.com)
Whitney Huston, SBN 234863 (whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone:(415) 477-2410
Facsimile: (415) 477-2420

Noreen Farrell, SBN 191600 (nfarrell@equalrights.org)
Jora Trang, SBN 218059 (jtrang@equalrights.org)
EQUAL RIGHTS ADVOCATES
180 Howard Street, Suite 300
San Francisco, CA  94105
Telephone:(415) 621-0672
Facsimile: (415) 621-6744

Monique Olivier, SBN 190385 (monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA  94104
Telephone:(415) 433-0333
Facsimile: (415) 449-6556

Kristen Galles (SBN 148740) (kgalles@comcast.net)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone: (703) 683-4491

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
[Sacramento Division]**

| | |
|---|---|
| AREZOU MANSOURIAN; LAUREN MANCUSO; and CHRISTINE WING-SI NG,<br><br>Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.<br><br>Defendants. | CASE NO. S-03-2591 FCD EFB<br><br>**ORDER GRANTING REQUEST TO EXTEND THE POST-TRIAL BRIEFING SCHEDULE**<br><br>Courtroom: 2<br>Judge: Hon. Frank C. Damrell, Jr.<br><br>Complaint filed: December 18, 2003<br>Trial date: May 23, 2011 |

**GOOD CAUSE HAVING BEEN SHOWN**, the Court hereby grants the parties Joint Stipulation and Order to Extend The Post-Trial Briefing Schedule extend post-trial deadlines as follow:

- The parties Proposed Findings of Facts and Conclusions of Law deadline shall be extended from July 15, 2011 to July 19, 2011.

- Plaintiffs' written response to Defendants' Rule 52 Motion shall be extended from July 15, 2011 to July 22, 2011.

**IT IS SO ORDERED**.

DATED:  July 12, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING REQUEST TO EXTEND POST-TRIAL BRIEFING SCHEDULE;
CASE NO. S-03-2591 FCD EFB