UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

AREZOU MANSOURIAN; LAUREN MANCUSO; NANCY NIEN-LI CHIANG; CHRISTINE WING-SI NG; and all those similarly situated,

      Plaintiffs,

  v.

BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA at DAVIS; LAWRENCE "LARRY" VANDERHOEF; GREG WARZECKA; PAM GILL-FISHER; ROBERT FRANKS; and LAWRENCE SWANSON,

      Defendants.

NO. CIV. S-03-2591 FCD EFB

ORDER re: Pending Motions

----oo0oo----

    In light of the court's August 3, 2011 Findings of Fact and Conclusions of Law (Docket #628), resolving the liability phase of this case, the following pending motions are rendered moot: (1) defendants' motion for reconsideration of the magistrate judge's discovery order re: punitive damages (Docket #524) and (2) defendants' Rule 52(c) motion (made orally on the record on

1

1  June 14, 2011 [Docket #615]).
2       IT IS SO ORDERED.
3  DATED: August 9, 2011

_____
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE