IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AREZON MANSOURIAN; et al.,

    Plaintiffs,                                             No. CIV S-03-2591 KJM-EFB

    vs.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, UNIVERSITY OF CALIFORNIA AT DAVIS; et al.,

    Defendants.                                              ORDER
_____/

        The above-captioned case was reassigned to the undersigned by order of Chief Judge Ishii on August 31, 2011. (ECF 632.) The undersigned was, as a Magistrate Judge, the settlement judge in this matter. Parties are hereby ORDERED, within two (2) weeks of the entry of this order, to inform the court whether they will waive any conflict if the undersigned remains on this case as the trial judge.

        IT IS SO ORDERED.

DATED: September 1, 2011.

                                            UNITED STATES DISTRICT JUDGE

1