IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AREZON MANSOURIAN; et al.,

    Plaintiffs,                            No. CIV S-03-2591 KJM-EFB

    vs.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, UNIVERSITY OF CALIFORNIA AT DAVIS; et al.,

    Defendants.                       <u>ORDER</u>

/

The court held a status conference for the above-captioned case on November 2, 2011; Noreen Farrell, Kristen Galles and James Sturdevant appeared for plaintiffs; Nancy Sheehan and David Burkett appeared for defendant.

Having reviewed the parties' Joint Status Report filed on October 26, 2011 (ECF 640), and discussed a schedule for the remaining damages case with counsel at the hearing, the court sets the following schedule:

| | |
|---|---|
| Joint pretrial statement due: | February 1, 2012 |
| Final pretrial conference: | February 8, 2012 |
| Hearing on motions in limine: | February 8, 2012 at 10 a.m. |
| Jury trial: | March 5, 2012 at 9 a.m. |

1

Having discussed the matter with counsel, and good cause appearing, the court will treat defendant's separate status report (ECF 639) as defendant's opening brief seeking leave to file a dispositive motion in limine. The court confirms the following schedule to resolve this threshold motion:

    Five (5) page opposition due:    November 9, 2011

    Five (5) page reply, if any, due:    November 16, 2011

If, based on the parties' arguments and representations in these briefs, the court grants defendant's request and holds a hearing on the merits of the proposed dispositive motion in limine, such hearing will take place on December 14, 2011 at 10 a.m.; the court will issue a briefing schedule in accordance with this hearing date, if the hearing is confirmed.

The court also will refer this case to settlement. The parties are to submit a stipulation with seven (7) days of the issuance of this order indicating their availability for settlement conference. Upon receipt of the stipulation, the court will issue an order of referral.

IT IS SO ORDERED.

DATED: November 2, 2011.

_____
UNITED STATES DISTRICT JUDGE