IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AREZON MANSOURIAN; et al.,

      Plaintiff,                        No. CIV S-03-2591 KJM-EFB

    vs.

REGENTS OF THE UNIVERSITY OF
CALIFORNIA, UNIVERSITY OF
CALIFORNIA AT DAVIS; et al.,

      Defendants.                  <u>ORDER</u>

_____/

        The court has determined this matter will benefit from a settlement conference. In accordance with the parties stipulation concerning their availability for a settlement conference (Doc 645), this case will be referred to Magistrate Judge Kendall J. Newman to conduct a settlement conference on January 3, 2012 at 1:00 p.m. in Courtroom #25.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. This case is set for a settlement conference before Magistrate Judge Kendall J. Newman on January 3, 2012, at 1:00 p.m. at the U. S. District Court, 501 I Street, Sacramento, CA 95814 in Courtroom #25.

/////

1

1       2.  The parties are directed to exchange non-confidential settlement conference
2   statements seven days prior to this settlement conference.  These statements shall simultaneously
3   be delivered to the court using the following email address: kjnorders@caed.uscourts.gov.  If a
4   party desires to share additional confidential information with the court, they may do so pursuant
5   to the provisions of Local Rule 270(d) and (e).
6       3.  Each party shall e-file a one page document entitled Notice of Submission of
7   Settlement Conference Statement.  See Local Rule 270(d).
8       4.  Each party is reminded of the requirement that it be represented in person at
9   the settlement conference by a person able to dispose of the case or fully authorized to settle the
10  matter at the settlement conference on any terms.  See Local Rule 270.
11  DATED:  December 7, 2011.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

2