**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
David P.E. Burkett, SBN 241896
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)
**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG WARZECKA, PAM GILL-FISHER, and ROBERT FRANKS

Noreen Farrell, SBN 191600
nfarrrell@equalrights.org
Jamie E. Dolkas, SBN 262289
jdolkas@equalrights.org
**EQUAL RIGHTS ADVOCATES**
180 Howard Street, Suite 300
San Francisco, CA 94105
(415) 621-0672
(415) 621-6744 (facsimile)

**Attorneys for Plaintiffs:** AREZOU MANSOURIAN, LAUREN MANCUSO, and CHRISTINE WING-SI NG

Additional Plaintiffs' Counsel on Signature Page

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREZOU MANSOURIAN, LAUREN MANCUSO, NANCY NIEN-LI CHIANG, and CHRISTINE WING-SI NG; and all those similarly situated,<br><br>          Plaintiffs,<br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>          Defendants. | CASE NO. CIV. S-03-2591 KJM/EFB<br><br>**STIPULATION AND ORDER REGARDING REQUEST TO MODIFY SCHEDULING ORDER RE PRE-TRIAL FILINGS**<br><br>Complaint Filed:    December 18, 2003<br>Phase II Trial Date:    March 5, 2012<br>The Honorable Kimberly J. Mueller |

**THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, STIPULATE AS FOLLOWS:**

1. On January 3, 2012 the parties and their counsel attended a settlement conference ordered by the Court. The Honorable Kendall J. Newman presided over the settlement conference. The parties did not reach an agreement regarding resolution during the settlement conference. However, Judge Newman continued to work with counsel thereafter.

2. On January 9, 2012 counsel for the parties had further discussions with Judge Newman regarding potential resolution of all remaining issues in this litigation. As a result of those discussions, both Judge Newman and counsel have a good faith belief that an agreement regarding resolution can be reached within the next week.

3. Based on the order issued by the Court on November 3, 2011 (ECF #643) and Eastern District Local Rule 285, the current due dates for pre-trial filings are as follows:

| | |
|---|---|
| Motions in limine due: | January 11, 2012 |
| Oppositions to motions in limine due: | January 25, 2012 |
| Replies to oppositions to motions in limine due: | February 1, 2012 |
| Joint final pretrial statement due: | February 1, 2012 |
| Hearing on motions in limine: | February 8, 2012 |
| Final pretrial conference: | February 8, 2012 |
| Trial briefs due: | February 17, 2012 |
| Responses to trial briefs due: | February 27, 2012 |

4. The parties respectfully request that the due date for filing motions in limine and oppositions to motions in limine be stayed for a period of seven (7) days so that the parties may focus their efforts on reaching resolution of the remaining issues in the litigation.

5. The parties will file a joint status report no later than January 17, 2012 advising the Court of the status of settlement discussions.

Dated: January 9, 2012                    PORTER SCOTT
                                          A PROFESSIONAL CORPORATION

                                          By:/s/ David P.E. Burkett_____
                                              Nancy J. Sheehan
                                              David P.E. Burkett
                                              Attorneys for Defendants


Dated: January 9, 2012                    EQUAL RIGHTS ADVOCATES

                                          By:  /s/ Noreen Farrell (as authorized on 1/09/12)
                                              Noreen Farrell
                                              Attorneys for Plaintiffs

**IT IS SO ORDERED:**

Dated:  January 10, 2012.
                                          _____
                                          UNITED STATES DISTRICT JUDGE


Additional Plaintiffs' Counsel

James C. Sturdevant (SBN 94551)
(jsturdevant@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Monique Olivier (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
235 Montgomery St., Suite 1010
San Francisco, CA  94104
Telephone:  415-433-0333
Facsimile:   415-449-6556

Kristen Galles (SBN 148740)
(kgalles@comcast.net)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone: (703) 683-4491