**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
David P.E. Burkett, SBN 241896
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)
**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG WARZECKA, PAM GILL-FISHER, and ROBERT FRANKS

Noreen Farrell, SBN 191600
nfarrrell@equalrights.org
Jamie E. Dolkas, SBN 262289
jdolkas@equalrights.org
**EQUAL RIGHTS ADVOCATES**
180 Howard Street, Suite 300
San Francisco, CA 94105
(415) 621-0672
(415) 621-6744 (facsimile)

**Attorneys for Plaintiffs:** AREZOU MANSOURIAN, LAUREN MANCUSO, and CHRISTINE WING-SI NG

Additional Plaintiffs' Counsel on Signature Page

**THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AREZOU MANSOURIAN, LAUREN MANCUSO, NANCY NIEN-LI CHIANG, and CHRISTINE WING-SI NG; and all those similarly situated,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | CASE NO. CIV. S-03-2591 KJM/EFB<br><br>**JOINT STATUS REPORT; STIPULATION AND ORDER REGARDING REQUEST TO MODIFY SCHEDULING ORDER RE PRE-TRIAL PROCEEDINGS**<br><br>Complaint Filed:　　December 18, 2003<br>Phase II Trial Date:　March 5, 2012<br>The Honorable Kimberly J. Mueller |

{00978803.DOC}                                       1
**JOINT STATUS REPORT; STIPULATION AND ORDER REGARDING REQUEST TO MODIFY SCHEDULING ORDER RE PRE-TRIAL PROCEEDINGS**

Since filing the request for stay of proceedings on January 9, 2012 (ECF # 654) and the Court's approval of the same (ECF # 655), with the assistance of Magistrate Judge Newman counsel for the parties have spent extensive time working on bringing this matter to resolution. The parties and their counsel have a good faith belief that with continued efforts, an agreement on the terms and conditions of settlement should be reached by Friday, January 20, 2012. In the event settlement is not going to be possible, that too should be known by January 20th. Accordingly, the parties request a further stay of proceedings until January 20, 2012, at which time they will file a further Joint Status Report. This further stay will allow the parties and their counsel to focus on settlement efforts, which will eliminate the need for pre-trial motions, a damages phase trial and post-trial motions.

Dated: January 9, 2012         PORTER SCOTT
                               A PROFESSIONAL CORPORATION

                               By: /s/ Nancy J. Sheehan
                                   Nancy J. Sheehan
                                   David P.E. Burkett
                                   Attorneys for Defendants

Dated: January 9, 2012         EQUAL RIGHTS ADVOCATES

                               By: /s/ Noreen Farrell (as authorized on 1/17/12)
                                   Noreen Farrell
                                   Attorneys for Plaintiffs

**IT IS SO ORDERED:**

Dated: January 18, 2012        _____
                               UNITED STATES DISTRICT JUDGE

Additional Plaintiffs' Counsel

James C. Sturdevant (SBN 94551)
(jsturdevant@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

{00978803.DOC}                                2

**JOINT STATUS REPORT; STIPULATION AND ORDER REGARDING REQUEST TO MODIFY
SCHEDULING ORDER RE PRE-TRIAL PROCEEDINGS**

Monique Olivier (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
235 Montgomery St., Suite 1010
San Francisco, CA  94104
Telephone:  415-433-0333
Facsimile:  415-449-6556

Kristen Galles (SBN 148740)
(kgalles@comcast.net)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone: (703) 683-4491

**JOINT STATUS REPORT; STIPULATION AND ORDER REGARDING REQUEST TO MODIFY SCHEDULING ORDER RE PRE-TRIAL PROCEEDINGS**