**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
David P.E. Burkett, SBN 241896
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)
**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG WARZECKA, PAM GILL-FISHER, and ROBERT FRANKS

Noreen Farrell, SBN 191600
nfarrrell@equalrights.org
Jamie E. Dolkas, SBN 262289
jdolkas@equalrights.org
**EQUAL RIGHTS ADVOCATES**
180 Howard Street, Suite 300
San Francisco, CA 94105
(415) 621-0672
(415) 621-6744 (facsimile)

**Attorneys for Plaintiffs:** AREZOU MANSOURIAN, LAUREN MANCUSO, and CHRISTINE WING-SI NG

Additional Plaintiffs' Counsel on Signature Page

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREZOU MANSOURIAN, LAUREN MANCUSO, NANCY NIEN-LI CHIANG, and CHRISTINE WING-SI NG; and all those similarly situated,<br><br>       Plaintiffs,<br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>       Defendants. | CASE NO. CIV. S-03-2591 KJM/EFB<br><br>**JOINT STATUS REPORT; STIPULATION AND ORDER REGARDING REQUEST TO MODIFY SCHEDULING ORDER RE PRE-TRIAL PROCEEDINGS**<br><br>Complaint Filed:   December 18, 2003<br>Phase II Trial Date:   March 5, 2012<br>The Honorable Kimberly J. Mueller |

{00980697.DOC}   1

Since the filing of the last Joint Status Report on January 17, 2012 (ECF # 656) the parties and their attorneys have continued to diligently work towards reaching a resolution of the remaining issues in this case.  The parties have reached agreement on all major terms of the settlement and are in the process of obtaining approval for the remaining minor issues.

The parties and their counsel have a good faith belief that by January 24, 2012 they will have final confirmation from all involved parties and party representatives that the terms of settlement have been agreed upon.  In order to have sufficient time to complete the settlement authorization process utilized by the University of California for all cases of this nature, the parties propose the following:

1. The parties will file a further Joint Status Report no later than January 24, 2012, advising the Court whether final confirmation of the settlement terms has been reached.
2. If confirmation has been reached, the Court will vacate the March 5, 2012 trial date, and order the parties to file either a Stipulated Request for Dismissal of the action or a further Joint Status Report no later than April 9, 2012.

Dated:  January 20, 2012         PORTER SCOTT
                                 A PROFESSIONAL CORPORATION

                                 By:/s/ Nancy J. Sheehan_____
                                     Nancy J. Sheehan
                                     David P.E. Burkett
                                     Attorneys for Defendants

Dated:  January 20, 2012         EQUAL RIGHTS ADVOCATES

                                 By:  /s/ Noreen Farrell_ (as authorized on 1/20/12)
                                      Noreen Farrell
                                      Attorneys for Plaintiffs

**IT IS SO ORDERED:**

Dated: January 23, 2012.
                                 _____
                                 UNITED STATES DISTRICT JUDGE

{00980697.DOC}                             2

**JOINT STATUS REPORT; STIPULATION AND ORDER REGARDING REQUEST TO MODIFY
SCHEDULING ORDER RE PRE-TRIAL PROCEEDINGS**

Additional Plaintiffs' Counsel

James C. Sturdevant (SBN 94551)
(jsturdevant@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Monique Olivier (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
235 Montgomery St., Suite 1010
San Francisco, CA  94104
Telephone:  415-433-0333
Facsimile:   415-449-6556

Kristen Galles (SBN 148740)
(kgalles@comcast.net)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone: (703) 683-4491

**JOINT STATUS REPORT; STIPULATION AND ORDER REGARDING REQUEST TO MODIFY
SCHEDULING ORDER RE PRE-TRIAL PROCEEDINGS**