PORTER | SCOTT
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
David P.E. Burkett, SBN 241896
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)
**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG WARZECKA, PAM GILL-FISHER, and ROBERT FRANKS

Noreen Farrell, SBN 191600
nfarrrell@equalrights.org
Jamie E. Dolkas, SBN 262289
jdolkas@equalrights.org
**EQUAL RIGHTS ADVOCATES**
180 Howard Street, Suite 300
San Francisco, CA 94105
(415) 621-0672
(415) 621-6744 (facsimile)

**Attorneys for Plaintiffs:** AREZOU MANSOURIAN, LAUREN MANCUSO, and CHRISTINE WING-SI NG

Additional Plaintiffs' Counsel on Signature Page

**THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

AREZOU MANSOURIAN, LAUREN MANCUSO, NANCY NIEN-LI CHIANG, and CHRISTINE WING-SI NG; and all those similarly situated,

Plaintiffs,

vs.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

Defendants.

CASE NO. CIV. S-03-2591 KJM/EFB

**JOINT STATUS REPORT; STIPULATION AND [PROPOSED] ORDER REGARDING PRE-TRIAL PROCEEDINGS AND TRIAL**

Complaint Filed: December 18, 2003
Phase II Trial Date: March 5, 2012
The Honorable Kimberly J. Mueller

Pursuant to the order issued by the Court on January 23, 2012 (ECF # 659), the parties report that they have confirmed resolution such that they agree the March 5, 2012 phase two trial date may be vacated. The parties will either file a Stipulated Request for Dismissal of the action or a further Joint Status Report no later than April 9, 2012.

Dated: January 24, 2012

PORTER SCOTT
A PROFESSIONAL CORPORATION

By:/s/ Nancy J. Sheehan______________
Nancy J. Sheehan
David P.E. Burkett
Attorneys for Defendants

Dated: January 24, 2012

EQUAL RIGHTS ADVOCATES

By: /s/ Noreen Farrell_ (as authorized on 1/24/12)
Noreen Farrell
Attorneys for Plaintiffs

**IT IS SO ORDERED:**

Dated:

______________________________
UNITED STATES DISTRICT JUDGE

Additional Plaintiffs' Counsel

James C. Sturdevant (SBN 94551)
(jsturdevant@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Monique Olivier (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
235 Montgomery St., Suite 1010
San Francisco, CA 94104
Telephone: 415-433-0333
Facsimile: 415-449-6556

Kristen Galles (SBN 148740)
(kgalles@comcast.net)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA 22301
Telephone: (703) 683-4491