Noreen Farrell, SBN 191600 (nfarrell@equalrights.org)
Jamie E. Dolkas, SBN 262289 (jdolkas@equalrights.org)
EQUAL RIGHTS ADVOCATES
180 Howard Street, Suite 300
San Francisco, CA 94105
Telephone: (415) 621-0672
Facsimile: (415) 621-6744

Attorneys for Plaintiffs AREZOU MANSOURIAN, CHRISTINE WING-SI NG, and LAUREN MANCUSO

Nancy J. Sheehan, SBN 109419
David P.E. Burkett, SBN 241896
PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706

Attorneys for Defendants REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG WARZECKA, PAM GILL-FISHER, and ROBERT FRANKS

Additional Plaintiffs Counsel on Signature Page

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**[Sacramento Division]**

| | |
|---|---|
| AREZOU MANSOURIAN; LAUREN MANCUSO; and CHRISTINE WING-SI NG,<br><br>Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.<br><br>Defendants. | CASE NO. S-03-02591 KJM/EFB<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE AND [proposed] ORDER THEREON** |

IT IS HEREBY STIPULATED, by and between Plaintiffs AREZOU MANSOURIAN, CHRISTINE WING-SI NG, and LAUREN MANCUSO ("PLAINTIFFS") and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA ("DEFENDANT REGENTS"); and LARRY VANDERHOEF, ROBERT FRANKS, GREG WARZECKA, and PAM GILL-FISHER ("INDIVIDUAL DEFENDANTS[1]") by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (requiring stipulation for voluntary dismissals after responsive pleadings have been filed.)

IT IS HEREBY SO AGREED.

Respectfully submitted,

DATED: April 6, 2012

THE STURDEVANT LAW FIRM
A Professional Corporation

EQUAL RIGHTS ADVOCATES

DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

EQUITY LEGAL

By: */s/ Noreen Farrell*
NOREEN FARRELL
Attorneys for Plaintiffs

DATED: April 6, 2012

PORTER | SCOTT

By: */s/ Nancy J. Sheehan*
NANCY J. SHEEHAN
Attorneys for Defendants

**ORDER**

IT IS HEREBY ORDERED that the Complaint and any and all claims for relief in the above-

[1] Former Defendant Lawrence ("Larry") Swanson was dismissed with prejudice on November 5, 2010. (Docket #465)

referenced matter, U.S.D.C. E. D. Cal. Case No. 2:03-cv-02591-KJM-EFB, are hereby dismissed with prejudice.

**IT IS SO ORDERED**.

DATED: ______________________ By: ________________________________________
THE HONORABLE KIMBERLY J. MUELLER
United States District Court Judge

Additional Plaintiffs' Counsel:

James C. Sturdevant, SBN 94551 (jsturdevant@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Monique Olivier, SBN 190385 (monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556

Kristen Galles (SBN 148740) (kgalles@comcast.net)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA 22301
Telephone: (703) 683-4491